CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

FATMA MAROUF, et al.
_____
       Plaintiff(s)

                                           Civil Action No. 1:18 cv 00378

vs.

ALEX AZAR, et al.
_____
       Defendant(s)

## AFFIDAVIT OF MAILING

I, Ashley Johnson _____, hereby state that:

On the 26th day of February, 2018, I caused to be deposited in the
United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

    Alex Azar, in his official capacity as Secretary of the
    United States Department of Health and Human Services,
    200 Independence Avenue, S.W.,
    Washington, D.C. 20201

I have received the receipt for the certified mail, No. 9414726699042959627005

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 1st day of March, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

03/20/2018 _____           /s/ Ashley E. Johnson _____

          (Date)                                  (Signature)



9414 7266 9904 2959 6270 05

US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

Postage          $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

**Total Postage & Fees**   $

Sent To:
Alex Azar, in his official capacity as
Secretary of the U.S. Dept. of Health
and Human Services
200 Independence Ave., S.W.
Washington, DC 20201

PS Form 3800, April 2005          US Postal Service®          **Certified Mail® Receipt**   2

Ashley Johnson - Hogan Lovells - 10.3064



**9414726699042959627005**

**Add Name**

**Delivered:**
WASHINGTON, DC 20201 on
March 1, 2018 at 11:44 am

**Expected Delivery on:**
Thursday, March 1, 2018 by
8:00pm

**Additional Information**

Your item was delivered to an individual at the address at 11:44 am on March 1, 2018 in WASHINGTON, DC 20201.

**Get Text and Email Updates**

**Tracking History**

**March 1, 2018**
**11:44 am**
Delivered, Left with Individual,
WASHINGTON, DC 20201

**March 1, 2018**
**6:39 am**
Arrived at Unit,
WASHINGTON, DC 20018

**February 28, 2018**
In Transit to Next Facility,

**February 27, 2018**
**6:01 pm**
Departed USPS Regional Facility,
GAITHERSBURG MD DISTRIBUTION CENTER

**February 27, 2018**
**12:43 am**
Arrived at USPS Regional Origin Facility,
GAITHERSBURG MD DISTRIBUTION CENTER

**February 26, 2018**
**6:25 pm**
USPS in possession of item,
WASHINGTON, DC 20013

Remove from Tracking