CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

FATMA MAROUF, et al.
　　　Plaintiff(s)

vs.                                                                        Civil Action No. 1:18 cv 00378

ALEX AZAR, et al.
　　　Defendant(s)

### AFFIDAVIT OF MAILING

I, Ashley Johnson, hereby state that:

On the 26th day of February, 2018, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

　　Scott Lloyd, in his official capacity as Director of the Office of Refugee Resettlement
　　330 C Street, S.W.,
　　Washington, D.C. 20201

I have received the receipt for the certified mail, No. 9414726699042959627029 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 5th day of March, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

03/20/2018                                                    /s/ Ashley E. Johnson
　　(Date)                                                          (Signature)

