# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATMA MAROUF, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 18-cv-378 (APM) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants United States Department of Health and Human Services ("HHS"); Administration for Children and Families ("ACF"); Office of Refugee Resettlement ("ORR"); Alex Azar, in his official capacity as Secretary of HHS; Steven Wagner, in his official capacity as Acting Assistant Secretary for ACF; and Scott Lloyd, in his official capacity as Director of ORR (collectively the "Federal Defendants") and Defendant United States Conference of Catholic Bishops ("USCCB") hereby move for a two week extension of their respective deadlines to respond to the Amended Complaint, ECF No. 21, to May 21, 2018. Based on the proof of service filed by the Plaintiffs on the U.S. Attorney for the District of Columbia, ECF No. 12, the Federal Defendants' current deadline to respond is May 7, 2018. *See* Fed. R. Civ. P. 12(a)(2); Fed. R. Civ. P. 6(a)(1)(C). USCCB's current deadline to respond to the Amended Complaint is also May 7, 2018, per this Court's order. *See* Minute Order, Mar. 27, 2018. Counsel for Plaintiffs represented that they do not oppose this motion.

The requested extensions are appropriate and supported by good cause. Federal Defendants require a brief additional period to consult with relevant government officials and to

prepare and finalize their response to the Amended Complaint. This is Federal Defendants' first request for extension of time, and Federal Defendants do not anticipate any further requests for extension of the response deadline. In light of Federal Defendants' request for extension, USCCB also seeks a commensurate extension of its deadline, which extension is supported by principles of judicial economy and efficiency. The claims against all Defendants are related and maintaining a single deadline for responding to the Amended Complaint will avoid piecemeal litigation of responsive papers, including any motion to dismiss.

For the foregoing reasons, Defendants respectfully request that this Motion be granted and that the deadline for all Defendants to respond to the Amended Complaint be extended by two weeks, to May 21, 2018.

Dated:  May 4, 2018                           Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Deputy Assistant Attorney General

                                              JOEL McELVAIN
                                              Assistant Branch Director

                                              /s/ *James Powers*
                                              JAMES R. POWERS (TX Bar No. 24092989)
                                              Trial Attorney
                                              Federal Programs Branch
                                              U.S. Department of Justice, Civil Division
                                              20 Massachusetts Ave., NW
                                              Washington, DC 20530
                                              Telephone:  (202) 353-0543
                                              Email:  james.r.powers@usdoj.gov

                                              *Counsel for Federal Defendants*

        */s/ David T. Raimer*
David T. Raimer (DC ID #994558)
Anthony J. Dick (DC ID #1015585)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001-2113
Tel.: 202-879-3939
Fax: 202-626-1700
dtraimer@jonesday.com
ajdick@jonesday.com

*Leon F. DeJulius, Jr. (PA ID #90383)
*John D. Goetz (PA ID #47759)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Tel.: 412-391-3939
Fax: 412-394-7959
lfdejulius@jonesday.com
jdgoetz@jonesday.com

*Counsel for Defendant United States Conference of Catholic Bishops*

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on May 4, 2018.  This system provided a copy to and effected service of this document on all parties.

>/s/ *James Powers*
>JAMES R. POWERS