**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple; and NATIONAL LGBT BAR ASSOCIATION, a non-profit membership organization | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) | Case No. 1:18-cv-378 (APM) |
| ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) ) ) | |
| *Defendants.* | ) ) ) | |

**JOINT STATUS REPORT**

Counsel for Plaintiffs Fatma Marouf, Bryn Esplin, and National LGBT Bar Association ("Plaintiffs"); counsel for Defendants United States Department of Health and Human Services ("HHS"), Administration for Children and Families ("ACF"), Office of Refugee Resettlement ("ORR"), Alex Azar, in his official capacity as Secretary of HHS, Lynn Johnson, in her official capacity as Assistant Secretary for ACF, and Jonathan Hayes, in his official capacity as Acting Director of ORR (collectively the "Federal Defendants"); and counsel for United States Conference of Catholic Bishops ("USCCB") respectfully submit this Joint Status Report.[1]

Pursuant to the Court's request, counsel for all parties conferred on December 10 and 13, 2018, with respect to a potential settlement.  The parties agree that the discussions have been productive, but additional time and information are necessary to determine whether an agreeable

---

[1] Ms. Johnson and Mr. Hayes were automatically substituted as defendants in this case by operation of Fed. R. Civ. P. 25(d).

proposal may be facilitated.  Subject to the Court's approval, the parties propose that an

additional Joint Status Report shall be submitted on January 14, 2019, after further discussions

have taken place.


Dated: December 14, 2018                    Respectfully submitted,

                                            HOGAN LOVELLS US LLP

                                            By: /s/ *Kenneth Y. Choe*
                                            Kenneth Y. Choe (pro hac vice)
                                            Jessica L. Ellsworth (DC Bar No. #484170)
                                            Jennifer A. Fleury (DC Bar No. #187503)
                                            James A. Huang (pro hac vice)
                                            **HOGAN LOVELLS US LLP**
                                            555 Thirteenth Street, N.W.
                                            Washington, D.C. 20004-1109
                                            Telephone: (202) 637-5600
                                            Facsimile: (202) 637-5910
                                            jessica.ellsworth@hoganlovells.com
                                            ken.choe@hoganlovells.com
                                            jennifer.fleury@hoganlovells.com
                                            james.huang@hoganlovells.com

                                            Alali Dagogo-Jack (pro hac vice)
                                            **HOGAN LOVELLS US LLP**
                                            3 Embarcadero Center, Suite 1500
                                            San Francisco, California 94111
                                            Telephone: (415) 374-2338
                                            Facsimile: (415) 374-2499
                                            alali.dagogo-jack@hoganlovells.com

                                            Heaven Chee (pro hac vice)
                                            **HOGAN LOVELLS US LLP**
                                            609 Main Street, Suite 4200
                                            Houston, Texas 77002
                                            Telephone: (713) 632-1427
                                            Facsimile: (713) 632-1401
                                            heaven.chee@hoganlovells.com

                                            Daryl L. Kleiman (pro hac vice)
                                            **HOGAN LOVELLS US LLP**
                                            875 Third Avenue
                                            New York. NY 10022

Telephone: (212) 918-3728
Facsimile: (212) 918-3100
daryl.kleiman@hoganlovells.com

Camilla B. Taylor (pro hac vice)
Jamie A. Gliksberg (pro hac vice)
**LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.**
105 West Adams, 26th Floor
Chicago, IL 60603-6208
Telephone: (312) 663-4413
ctaylor@lambdalegal.org
jgliksberg@lambdalegal.org

Kenneth D. Upton, Jr. (pro hac vice)
**LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.**
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219-6722
Telephone: (214) 219-8585
kupton@lambdalegal.org

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice,
Civil Division
1100 L Street, NW, Room 11218
Washington, DC 20005
Telephone: (202) 353-0543
james.r.powers@usdoj.gov

*Counsel for Federal Defendants*

*/s/ David T. Raimer*
David T. Raimer (DC Bar No. #994558)
Anthony J. Dick (DC Bar No. #1015585)
**JONES DAY**

51 Louisiana Ave. NW
Washington, DC, 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
dtraimer@jonesday.com
ajdick@jonesday.com

Leon F. DeJulius, Jr. (pro hac vice)
John D. Goetz (pro hac vice)
**JONES DAY**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
lfdejulius@jonesday.com
jdgoetz@jonesday.com

*Counsel for Defendant United States*
*Conference of Catholic Bishops*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, a true and correct copy of the foregoing Joint Status Report was filed using the Court's CM/ECF system, which will serve all counsel of record.

By: /s/ *Kenneth Y. Choe*
Kenneth Y. Choe (pro hac vice)