**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple; and NATIONAL LGBT BAR ASSOCIATION, a non-profit membership organization,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-378 (APM) |

**NOTICE OF WITHDRAWAL OF DARYL L. KLEIMAN AS COUNSEL**

Please take notice that pursuant to Local Rule 83.6(b) Daryl L. Kleiman, formerly of Hogan Lovells US LLP, hereby withdraws her appearance as counsel for Plaintiffs in the above-captioned case. As of December 31, 2018, Daryl L. Kleiman is no longer with Hogan Lovells US LLP. The Clerk is requested to remove counsel from the notification list for this matter.

The parties represented in this matter have been notified of the withdrawal and submit their electronic signatures pursuant to Local Rule 83.6(b).

By: /s/ Fatma Marouf
Fatma Marouf
**PLAINTIFF**

By: /s/ Bryn Esplin
Bryn Esplin
**PLAINTIFF**

By: /s/ Judi O'Kelley
Judi O'Kelley
**NATIONAL LGBT BAR ASSOCIATION**

1

Plaintiffs will continue to be represented by: Kenneth Y. Choe, Jessica L. Ellsworth, Jennifer A. Fleury, James A. Huang, Heaven C. Chee, and Alali Dagogo-Jack of Hogan Lovells US LLP; and Camilla B. Taylor, Jamie A. Gliksberg, and Kenneth D. Upton of Lambda Legal Defense and Education Fund, Inc.

Dated: January 11, 2019    Respectfully submitted,

By: /s/ Daryl L. Kleiman
Daryl L. Kleiman (pro hac vice)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York. NY 10036-4039
Telephone: (212) 858-1018
Facsimile: (212) 858-1500
daryl.kleiman@pillsburylaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 11, 2019, a true and correct copy of the foregoing Notice of Withdrawal of Daryl L. Kleiman as Counsel was filed using the Court's CM/ECF system, which will serve all counsel of record.

                                                      By: /s/ Daryl L. Kleiman
                                                      Daryl L. Kleiman (pro hac vice)