**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple; and NATIONAL LGBT BAR ASSOCIATION, a non-profit membership organization, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) Case No. 1:18-cv-378 (APM) ) ) ) ) ) ) ) ) |

### NOTICE OF WITHDRAWAL OF ALALI DAGOGO-JACK AS COUNSEL

Please take notice that pursuant to Local Rule 83.6(b) Alali Dagogo-Jack, hereby withdraws her appearance as counsel for Plaintiffs in the above-captioned case. As of June 7, 2019, Alali Dagogo-Jack will no longer be with Hogan Lovells US LLP. The Clerk is requested to remove counsel from the notification list for this matter.

The parties represented in this matter have been notified of the withdrawal and submit their electronic signatures pursuant to Local Rule 83.6(b).

By: */s/ Fatma Marouf*
Fatma Marouf
**PLAINTIFF**

By: */s/ Bryn Esplin*
Bryn Esplin
**PLAINTIFF**

By: */s/ Judi O'Kelley*
Judi O'Kelley
**NATIONAL LGBT BAR ASSOCIATION**

Plaintiffs will continue to be represented by: Kenneth Y. Choe, Jessica L. Ellsworth, Jennifer A. Fleury, James A. Huang, and Ann Stanton of Hogan Lovells US LLP; and Camilla B. Taylor, Jamie A. Gliksberg, and Kenneth D. Upton of Lambda Legal Defense and Education Fund, Inc.

Dated: June 5, 2019                         Respectfully submitted,

By: /s/ Alali Dagogo-Jack
Alali Dagogo-Jack (pro hac vice)
**HOGAN LOVELLS US LLP**
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4070
Facsimile: (650) 463-4199
alali.dagogo-jack@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, a true and correct copy of the foregoing Notice of Withdrawal of Alali Dagogo-Jack as Counsel was filed using the Court's CM/ECF system, which will serve all counsel of record.

By: /s/ *Kenneth Y. Choe*
Kenneth Y. Choe (pro hac vice)