**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FATMA MAROUF, *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> ALEX AZAR, in his official capacity as ) <br> Secretary of the United States ) <br> Department of Health and Human ) <br> Services, *et al.*, ) <br> ) <br> *Defendants.* ) <br> ) | Case No. 1:18-cv-378 (APM) |

## FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

Defendants United States Department of Health and Human Services ("HHS"); Administration for Children and Families ("ACF"); Office of Refugee Resettlement ("ORR"); Alex Azar, in his official capacity as Secretary of HHS; Lynn Johnson, in her official capacity as Assistant Secretary for ACF; and Jonathan Hayes, in his official capacity as Director of ORR (collectively the "Federal Defendants") respectfully submit this Unopposed Motion for Continuance of the Initial Scheduling Conference. Federal Defendants request the Court continue to a later date the initial scheduling conference currently set for August 6 at 9:30 a.m.

Continuance of the conference is appropriate and supported by good cause. Undersigned counsel for the Government has a previously scheduled summer vacation planned for July 26 to August 4. The Parties' Report pursuant to Local Rule 16.3(c) is accordingly due while counsel will be out of the office and the conference is currently scheduled one calendar day after counsel returns to Washington. In these circumstances, a modest continuance is warranted to better facilitate preparation of the Parties' Report and counsel's preparation for the conference. This is

the first request for a continuance of the initial scheduling conference and Federal Defendants do not anticipate any further requests.

Counsel for the other Parties consent to this request and all Parties agree that August 20 and 21 are acceptable alternative dates (noting their preference for August 20 if convenient for the Court). The Parties defer to the Court regarding the time of day for the conference.

Dated: July 1, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ *James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on July 1, 2019. This system provided a copy to and effected service of this document on all parties.

                              /s/ *James Powers*
                              JAMES R. POWERS