**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FATMA MAROUF AND BRYN ESPLIN, a married couple,

*Plaintiffs,*

v.

ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

*Defendants.*

Case No. 1:18-cv-378 (APM)

**JOINT STATUS REPORT**

Counsel for Plaintiffs Fatma Marouf and Bryn Esplin ("Plaintiffs"); counsel for Defendants United States Department of Health and Human Services ("HHS"); Administration for Children and Families ("ACF"); Office of Refugee Resettlement ("ORR"); Alex Azar, in his official capacity as Secretary of HHS; Lynn Johnson, in her official capacity as Assistant Secretary for ACF; and Jonathan Hayes, in his official capacity as Director of ORR (collectively, "Federal Defendants"); and counsel for United States Conference of Catholic Bishops ("USCCB") respectfully submit this Joint Status Report.

Since the initial scheduling conference on August 28, 2019, the parties have in good faith engaged in discovery. The parties exchanged initial disclosures on September 11, 2019. Plaintiffs served their first sets of requests for production of documents on September 20, 2019; their first sets of interrogatories on September 27, 2019; and their first sets of requests for admissions on October 3, 2019. Counsel for Federal Defendants contacted the parties on October 2, 2019 to request an extension of the deadlines for their responses to Plaintiffs' requests for production of

documents and interrogatories. The parties met and conferred on October 17, 2019 regarding this request, which USCCB joined, and the parties submitted a joint consent motion to extend the deadlines in the Court's scheduling order in accordance with the request. The Court granted this consent motion on October 17, 2019.

Both defendants served their responses and objections to Plaintiffs' first sets of requests for production of documents and first sets of requests for admission on November 4, 2019. Both defendants served their responses and objections to Plaintiffs' first sets of interrogatories on November 7, 2019. The parties anticipate meeting and conferring regarding these responses and objections in the coming weeks.

USCCB has indicated that it anticipates completing its production of documents in response to Plaintiffs' first set of requests for production of documents by November 19, 2019. Federal Defendants have produced documents in connection with its initial disclosures and in response to Plaintiffs' first set of interrogatories. However, Federal Defendants indicated on November 4, 2019 that they do not anticipate beginning production of additional documents responsive to Plaintiffs' first set of requests for production of documents until December 4, 2019. Federal Defendants further indicated that they intend to produce such documents on a rolling basis.

Federal Defendants are currently working to provide a timeframe in which they anticipate completion of production of documents responsive to Plaintiffs' first set of requests for production of documents. Federal Defendants anticipate that they will be in a position to do so by November 22, 2019. Once Federal Defendants provide this timeframe, the parties plan to meet and confer regarding another joint consent motion to amend the current scheduling order accordingly.

At the same time, the parties have continued to work on stipulations that could eliminate the need for or narrow the scope of appropriate discovery. On September 20, 2019, Plaintiffs proposed revisions to the draft stipulations circulated by USCCB prior to the August 28, 2019 scheduling conference. USCCB proposed further revisions on October 30, 2019. Plaintiffs countered with additional edits on November 7, 2019, to which USCCB responded on November 14, 2019. Federal Defendants have not yet taken a position on the draft stipulations.

Dated: November 15, 2019

Respectfully submitted,

HOGAN LOVELLS US LLP

By: /s/ *Kenneth Y. Choe*

Kenneth Y. Choe (pro hac vice)
Jessica L. Ellsworth (DC Bar No. #484170)
Jennifer A. Fleury (DC Bar No. #187503)
James A. Huang (pro hac vice)
Brendan C. Quinn (DC Bar No. #1616841)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
ken.choe@hoganlovells.com
jessica.ellsworth@hoganlovells.com
jennifer.fleury@hoganlovells.com
james.huang@hoganlovells.com
brendan.quinn@hoganlovells.com

Camilla B. Taylor (pro hac vice)
Jamie A. Gliksberg (pro hac vice)
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
105 West Adams, 26th Floor
Chicago, IL 60603-6208
Telephone: (312) 663-4413
ctaylor@lambdalegal.org
jgliksberg@lambdalegal.org

Kenneth D. Upton, Jr. (pro hac vice)
**AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE**
1310 L Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 898-2133
upton@au.org
* Admitted in Texas and Oklahoma only.
Supervised by Richard B. Katskee, a member of the D.C. Bar

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Direction

/s/ James Powers
JAMES R. POWERS (TX Bar No. 24092989)
JASON C. LYNCH (DC Bar No. 1016319)
Trial Attorneys
Federal Programs Branch
**U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION**
1100 L Street, NW, Room 11218
Washington, DC 20005
Telephone: (202) 353-0543
james.r.powers@usdoj.gov
jason.lynch@usdoj.gov

*Attorneys for Federal Defendants*

/s/ David T. Raimer
David T. Raimer (DC Bar No. #994558)
Anthony J. Dick (DC Bar No. #1015585)
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC, 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
dtraimer@jonesday.com
ajdick@jonesday.com

Leon F. DeJulius, Jr. (pro hac vice)

John D. Goetz (pro hac vice)
**JONES DAY**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
lfdejulius@jonesday.com
jdgoetz@jonesday.com

*Attorneys for Defendant United States Conference of Catholic Bishops*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, a true and correct copy of the foregoing Consent Motion was filed using the Court's CM/ECF system, which will serve all counsel of record.

By: /s/ *Kenneth Y. Choe*
Kenneth Y. Choe (pro hac vice)