IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants.* | Case No. 1:18-cv-378 (APM) |

## ORDER

Upon consideration of the Parties' Consent Motion for Extension of Discovery Deadlines it is hereby ORDERED that the Motion is GRANTED. The deadlines in the case are as follows:

1. The November 27, 2019 deadline for service of written discovery is eliminated from the schedule in this case. The Parties may serve written discovery at any time during the fact discovery period consistent with the Federal Rules of Civil Procedure.

2. All fact discovery shall conclude on July 10, 2020;

3. Proponent expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than July 24, 2020;

4. The Parties shall submit a Joint Status Report regarding the status of expert discovery on or before August 4, 2020;

5. Rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), shall be made on or before August 7, 2020;

6. All expert discovery shall conclude on September 4, 2020;

7. Any dispositive motion shall be filed on or before November 4, 2020.

\*\*\*The parties shall appear for a post-discovery conference on September 9, 2020, at 10:00 am in Courtroom 10.

Dated: _____  _____

Amit P. Mehta
United States District Judge