IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FATMA MAROUF, ET AL.,           )
                                )
          Plaintiffs,           )
                                )      CV No. 18-378
       vs.                      )      Washington, D.C.
                                )      May 11, 2020
ALEX M. AZAR, II, ET AL.,       )      10:00 a.m.
                                )
          Defendants.           )
_____)


TRANSCRIPT OF TELEPHONE CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        Russell Welch
                           HOGAN LOVELLS US LLP
                           609 Main Street
                           Suite 4200
                           Houston, TX 77002
                           713-632-1437
                           Email:
                           russell.welch@hoganlovells.com

                           Kenneth Y. Choe
                           Brendan C. Quinn
                           Michael D. Gendall
                           HOGAN LOVELLS US LLP
                           555 13th Street, NW
                           Washington, D.C. 20004
                           202-637-5675
                           Email: ken.choe@hoganlovells.com
                           Email:
                           brendan.quinn@hoganlovells.com
                           Email:
                           mike.gendall@hoganlovells.com

APPEARANCES CONTINUED:

For the Plaintiffs:        Kenneth Dale Upton, Jr.
                           AMERICANS UNITED FOR
                           SEPARATION OF CHURCH AND STATE
                           Legal Department
                           1310 L Street, NW
                           Suite 200
                           Washington, D.C. 20005
                           202-898-2133
                           Email: upton@au.org

                           Jamie Avra Gliksberg
                           Camilla B. Taylor
                           LAMBDA LEGAL DEFENSE
                           AND EDUCATION FUND, INC.
                           105 West Adams Street
                           Suite 2600
                           Chicago, IL 60603
                           (312) 663-4413 ext. 325
                           Email: jgliksberg@lambdalegal.org
                           Email: ctaylor@lambdalegal.org

For the Defendants:        James R. Powers
                           Jason C. Lynch
                           U.S. DEPARTMENT OF JUSTICE
                           Federal Programs Branch,
                           Civil Division
                           1100 L Street, NW
                           Room 11218
                           Washington, D.C. 20005
                           (202) 353-0543
                           Email: James.R.Powers@usdoj.gov
                           Email: Jason.Lynch@usdoj.gov

                           David Timothy Raimer
                           JONES DAY
                           51 Louisiana Avenue, NW
                           Washington, D.C. 20001
                           (202) 879-3939
                           Email: dtraimer@jonesday.com

APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             U.S. Courthouse
                             333 Constitution Avenue, NW
                             Room 6503
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2          THE COURT:  Good morning, everyone.  It's
 3    Judge Mehta.
 4          DEPUTY CLERK:  Your Honor, this is Civil Action
 5    18-378, Fatma Marouf, et al., versus Alex M. Azar, II,
 6    et al.
 7          Russell Welch, Ken Upton, Jamie Gliksberg, Camilla
 8    Taylor, Ken Choe, Brendan Quinn, and Michael Gendall for the
 9    plaintiffs.
10          James Powers, Jason Lynch, and David Raimer for
11    the defendants.
12          THE COURT:  Okay.  Good morning, everyone.  I hope
13    everybody and their families are doing well and are healthy.
14          I thought it would be useful to have this call to
15    revisit the discovery dispute.  And I'm sorry it's taking as
16    long as it has to resolve it.
17          But as I was going through the parties'
18    submissions, a number of questions came to mind, and I just
19    didn't feel that, based upon the written submissions, I had
20    enough information to make a ruling, especially in light of
21    the government's intention that granting the motion would
22    result in an undue burden to the government in terms of
23    producing records.
24          Let me start with the plaintiffs.  And what I'd
25    like to understand, first and foremost -- there are two main
```

1    issues that are in dispute; one is the sort of time frame of

2    the relevant time period for discovery responses; and, then,

3    secondly, the sort of geographic scope.  Then there's a

4    third issue.

5              But one of the difficulties I was having in trying

6    to resolve this, thinking about it, was, it wasn't clear to

7    me exactly what the nature of the records are that you all

8    are seeking with respect to the time frame.

9              And here's what I mean.

10             And I've looked at the discovery responses that

11   were -- I mean, the discovery demands that were appended to

12   the letter.

13             But now, the basic theory put forward in terms of

14   seeking records from the past is that you would like to

15   determine whether there's been established course of conduct

16   between the government and USCCB.  And what I'm trying to

17   figure out is exactly what you're looking for to try and

18   establish that.

19             So, for example, if what you're asking for is the

20   cooperation agreements, for example, that seems to me to be

21   a lighter lift than were you to be asking for all

22   communications pursuant to the program during these time

23   periods.

24             And so I'm just trying to get my arms around

25   exactly the full scope of the records that you're seeking,

1   because I do think that does make a difference in terms of

2   what is relevant when I take into account the burden that's

3   placed upon the government here in trying to provide

4   responsive records.

5          So that's a long wind-up to ask a question:  So

6   what types of documents are we looking for to try and

7   establish the course of conduct that you suggest as relevant

8   to your client?

9          MR. WELCH:  Sure, Your Honor.

10         I guess I don't want to say that we're limiting

11  our request only to the agreements themselves.

12         We certainly --

13         THE COURT:  And is this -- I'm sorry --

14         MR. WELCH:  We also want to know about any --

15         THE COURT:  Is this Mr. Welch?

16         I'm sorry.  I just want to make sure I know who's

17  speaking.

18         MR. WELCH:  Yes, this is Russell Welch for the

19  plaintiffs.

20         THE COURT:  That's one of the challenges of a

21  telephonic hearing.

22         MR. WELCH:  Sure.  Understood.

23         So in addition to the agreements themselves, which

24  are really kind of the end-of-the-line sort of

25  memorializations of what USCCB would do and would be

1    permitted to do, we're also interested in any communications

2    that relate to those agreements or any communications that

3    relate to actions taken before under the program that reveal

4    that USCCB would act on its religious belief.

5              So the cooperative agreements themselves are

6    really sort of vague and general when it comes to religious

7    beliefs.  It essentially just says, USCCB represents that it

8    will not take any action inconsistent with its religious

9    beliefs.  That's a pretty general statement.

10             And what we've tried to get the government to

11   agree to or to stipulate to is that they knew that USCCB

12   would take the specific kinds of actions that it took in

13   this case, and they haven't been willing to stipulate to

14   that.

15             So what we're trying to establish through evidence

16   is that the government knew, before this happened, that

17   USCCB would not act inconsistent with its religious beliefs.

18             And specifically in the context of the foster

19   parenting application re-processing process; that if a

20   same-sex couple applied to be foster parents, they would be

21   rejected on the basis of USCCB's religious beliefs.  So

22   that's such a specific way that that could manifest itself.

23             THE COURT:  Right.

24             MR. WELCH:  The cooperative agreement is not that

25   specific.  So we need to know more than just what's in the

1   agreement.

2          THE COURT:  And so how have you all done this?

3          I mean, I know the government has done a search of

4   records from 2016 forward.

5          But say hypothetically there's a communication --

6   USCCB, there's a communication that raises this issue about

7   their religious beliefs and how that is balanced against or

8   how can that be -- how that can be adhered to consistent

9   with the objectives of the program.

10          And you all, for example, turned over agreed-to

11   search terms that might term up those types of

12   communications?

13          MR. POWERS:  This is Jim Powers.

14          I think it makes sense for me to respond to that,

15   if that's all right.

16          So we have not agreed on terms.

17          The government has used certain search terms for

18   conducting its collection review.  We have provided those to

19   the plaintiffs.  And we've also used those terms to conduct

20   our ESI collection from a number of custodians that we have

21   selected as reasonably calculated to collect information

22   that's responsive to the issues in this case; specifically,

23   the selection of USCCB, the monitoring of its activities,

24   and the particular situation involving these plaintiffs and

25   any response to that situation.

1            So in terms of, you know, how would we go about

2     sort of collecting records and reviewing records in response

3     to this sort of idea from the plaintiffs, it would be,

4     I think, further expanding the time frame that collection is

5     done pursuant to expanding the number of custodians probably

6     that we would be collecting from and using terms that are

7     sort of calculated to yield that information.

8            But I think that, from our perspective, that's --

9     ORR is a program -- or is an organization that produces a

10    lot of email traffic and a lot of communications.  It's

11    obviously an organization that serves tens of thousands of

12    individuals each year.

13           And so I think what we're going to find is that

14    we'd pull in an enormous volume of material that's

15    irrelevant to the case and that isn't actually likely to

16    produce this information that plaintiffs are seeking.

17           THE COURT:  I guess the question is -- I mean, are

18    there -- I'm wondering whether -- the pressing search

19    parameters -- and let's leave aside for the moment whether

20    they would need to be modified if I were to allow further

21    discovery or open up the discovery that the plaintiffs seek,

22    the current search parameters, in your view, would they have

23    captured the kind of communications that the plaintiffs

24    believe are relevant; namely, any communications between

25    USCCB and the government about the religious-beliefs

1    provision in the cooperation agreement or issues relating to

2    the religious-beliefs provision in the cooperation

3    agreement?

4              MR. POWERS:  This is Jim Powers.

5              Yes, Your Honor, I believe they would have.

6              The search terms, and I can pull up a list of them

7    specifically, but they relate -- they both pull in documents

8    about the particular -- you know, processes by which USCCB

9    applied in this grant cycle to be a UAC

10   long-term-foster-care grantee, as well as the replacement

11   designee for URM in Texas.

12             They also captured documents that refer to

13   same-sex marriage and homosexuality in the foster-parenting

14   context.

15             THE COURT:  Okay.

16             But, for example, say there was a general

17   discussion about the religious-beliefs provision that was

18   divorced from this particular factual context.

19             I mean, say hypothetically there were something

20   between USCCB and the government in which there was a

21   discussion about that religious-beliefs provision and how it

22   might be implemented in different scenarios and the

23   government provided some advice or some -- provided some

24   position about that.

25             Is that the kind of email that you think would be

1    captured?

2              MR. POWERS:  I think that, if that email arose in

3    the context of the sort of application process in relation

4    to this -- these programs, I think it would.

5              You know, I think, more broadly, it is worth

6    reiterating that -- as we laid out in our briefs, that the

7    agency is not aware of any other instance like the one that

8    involves these plaintiffs involving a USCCB or a grantee

9    declining to work with particular prospective foster parents

10   on the basis of religious beliefs or sexual orientation.

11             So I think that if it was in the context of the

12   application process, I think very likely would have been

13   captured; but in any event, I don't think such communication

14   would exist, except for the very general realm of sort of

15   the religious provisions that are -- that all the parties --

16   nobody disputes are present in the various documents -- the

17   various agreements.

18             THE COURT:  Mr. Welch, do you have a view on

19   whether the search parameters, as you know them, would

20   capture -- leave aside the time frame.

21             But, say, in 2016, there was a communication about

22   the religious-beliefs provision generally, do you have a

23   view on whether the current -- whether the search terms that

24   were used would identify such communications?

25             MR. WELCH:  Well, I guess I would first say that

1    the search terms are still being negotiated, and that those

2    negotiations have stalled for a while, presumably, because

3    we ran into the same kind of objections that are at issue

4    here.

5                So in the context of negotiating the search terms,

6    we did talk about, you know, the time frame and the

7    custodian.

8                The search terms also implicate what are the scope

9    of the relevant religious beliefs that come into play.

10               So these search terms are by no means final, so I

11   don't want to say that there is a set of search terms that

12   the parties have agreed to.

13               But I do believe that this can be negotiated.  If

14   there is a scope of discovery that goes back to a time

15   period before 2016, we can -- we're certainly willing to

16   negotiate and figure out what search terms would be

17   appropriate to bring in the right documents and minimize the

18   burden on the government.  That's obviously something that

19   we would be willing to do.

20               And I will say that the discovery so far, going

21   back to 2016, has included internal emails and memoranda and

22   other communications that relate to these cooperative

23   agreements and that they do relate to the religious-beliefs

24   provisions specifically.  So I guess, generally, what we're

25   looking for is documents similar to what we've gotten so

1 far, but we just need to go farther back.

2       But I want to be clear that we're not necessarily

3 saying that the search terms used up to date are acceptable

4 to plaintiffs.  That was an ongoing negotiation that we

5 haven't finalized.

6       THE COURT:  And, Mr. -- I'm sorry, government

7 counsel.  Not Mr. Lynch.  Mr. Powers.

8       MR. POWERS:  Mr. Powers, Your Honor.

9       THE COURT:  Mr. Powers, I'm sorry.

10       Mr. Lynch and I have been talking a fair amount

11 recently, so his name was foremost in my mind here.

12       But, Mr. Powers, when you say -- you've suggested

13 that there would be additional burden placed on the

14 government.  Obviously, there would be.

15       But in terms of custodians, for example, if the

16 search were to extend back to 2013, how many additional

17 custodians do you think that might involve?  Do you have an

18 estimate?

19       MR. POWERS:  I don't, Your Honor.  I'd have to

20 consult with the agency about sort of the relevant figures.

21       I think that, you know, some of our custodians

22 that we currently have would probably still be the right

23 people in terms of the fact that there are a number of

24 career individuals that we've selected from who have -- who

25 are very long-tenured at the agency.

1      Now, even though that's the same custodian or

2 group of custodians, that would be an additional collection,

3 because it goes further back into the history.

4      And then in terms of additional employees or

5 appointees or things like that, I don't -- I'm not able to

6 quote a particular figure.

7      I think in terms of the sort of tailoring of terms

8 and how it would be done -- and I think that I would be

9 concerned that it would pull in a lot of records.

10      I mean, the one -- so far, we've pulled in

11 something on the order of 40,000 or 50,000 documents for

12 review.  And, you know, we've used what I think are

13 reasonably tailored search terms that, you know, if we were

14 to go much broader than them, I think we could be dealing

15 with a great deal more volume.

16      THE COURT:  Okay.

17      So I just want to -- I guess here's my reaction to

18 all of this, now that I've heard a little bit more about

19 what the plaintiffs are seeking and what they think the

20 relevance is.

21      I mean, it does seem to me that, to the extent

22 that there are communications in the years preceding this,

23 the subject matter of the lawsuit, that there may be some

24 relevance to that.

25      If, for instance, there were communications in the

1    aftermath of *Obergefell* between USCCB and the Federal

2    Government about how to carry out -- or how that decision

3    affects -- I'm sorry, *Windsor*, not *Obergefell*, *Windsor* --

4    how that affects their ability to carry out the program's

5    purposes, then I could see some possible relevance to that,

6    you know, to the extent that there were such discussions.

7            But it does seem to me that -- I'm not --

8    I don't think we ought to have -- that ought to blow open

9    the doors here to extensive discovery, because it does seem

10   to me the issue is fairly limited; one, to sort of general

11   discussions about the religious-beliefs clause in the grants

12   and, seemingly, the cooperative agreement; and, two, to the

13   extent that there are any specific instances where that

14   religious belief, religious-beliefs clause in the

15   cooperation agreement became the subject of any actual

16   concrete implementation or discussion.  And by that I mean,

17   any instance comparable to the one we have here.

18           Now, the government's already represented that

19   there were no -- it's not aware of any other instances

20   comparable to the one that's at issue here, and so that may

21   resolve the second category of those records.

22           But it does seem to me the first category of

23   general discussions or communications about implementing the

24   religious-beliefs provision would certainly be relevant to

25   how -- sort of the course of dealing between the parties and

1    how -- and what the government knew or didn't know about how

2    USCCB would implement contracts.

3           So, you know, going back to 2013 doesn't strike me

4    as unreasonable, given that there is an event; that is, the

5    *Windsor* decision, that might have prompted those

6    discussions.  And adding an extra three years to the scope

7    of the search doesn't strike me as too overly burdensome,

8    based at least upon what I've heard so far.

9           Now, if the nature of the search terms are such

10   that it does start drawing in tens of thousands of records

11   that really aren't relevant, then maybe it might.  But

12   that's hard for me to say in the present posture.

13          So I think, you know, to the extent that there's a

14   dispute about timing, I do think that the plaintiffs are

15   entitled to records that are consistent with sort of the

16   narrowed scope of their request in terms of time; that is,

17   time period from the initial contract and the grant periods

18   encompassing, I guess, June 2013 to the present.

19          But, you know, again, I want to be clear that all

20   I think that is potentially relevant here are the

21   agreements, and I don't think -- I don't know how many of

22   those would be and how difficult those would be to find.

23          I mean, say, for instance, there were actually

24   changes in the text to the agreements that might, for

25   example, have increased the level of protection that USCCB

1    receives in terms of its religious beliefs.

2              Say, for example, there was not a

3    religious-beliefs clause in earlier contracts but there were

4    in later contracts, I could see how that might have

5    relevance to the issues here.  Again, I'm just hypothesizing

6    what there might be, and that's all I can really do at this

7    point.

8              But, you know, I think contracts are relevant;

9    I can't imagine that's terribly burdensome to produce.  And

10   then, again, limited communications that deal with the issue

11   of implementing the religious-beliefs clause or how the

12   parties and the government and USCCB are interpreting that

13   clause, to the extent that there were discussions, even

14   discussions that are divorced from any particular factual

15   scenario, do strike me as something that would be relevant

16   to the plaintiffs' claims.

17             So does that provide you all with sufficient

18   guidance in terms of my thinking on the timing issue?

19             MR. WELCH:  Your Honor, this is Russell Welch for

20   the plaintiffs.

21             I guess I just want to clarify a couple of points.

22   I think that makes sense, but I just want to make sure

23   I understand.

24             So beyond just the scope of the agreement, when

25   we're talking about relevant communication or other

1  documents, what we're concerned with is not just the

2  interpretation of that agreement but actual instances of

3  potential discrimination or the use of religious beliefs in

4  administering the program.

5           THE COURT:  Right.

6           MR. WELCH:  So it could be an inquiry from a

7  same-sex couple that applies to be foster parents.

8           And to be clear, we have seen evidence of that in

9  the existing production, that same-sex couples did actually

10 inquire into the program, not just the plaintiffs here.

11          So we're a little bit, I don't want to say

12 "skeptical," but just sort of unsure of what the government

13 means when they say they've had -- they're not aware of any

14 other instances like this.

15          It seems like when we talk about a comparable

16 situation to this, we're not just concerned with the exact

17 circumstances here.  But any time that a same-sex couple

18 applied to be a foster parent and that was acknowledged by

19 USCCB and acted on in some way on the basis of religious

20 beliefs.

21          And I also want to be clear that when we talk

22 about a comparable situation to the plaintiffs, it's any

23 time that religious beliefs factor into a decision with

24 respect to these programs.

25          So this gets into the third issue a little bit.

1   But it's not -- it's any time that religious beliefs are

2   used, that's impermissible, so that's what we're -- that's

3   the constitutional violation that we're challenging.  It's

4   not specifically the religious beliefs about same-sex

5   marriage that were at issue here.

6               THE COURT:  Okay.

7               Well, you know, I have understood the government's

8   position to be that there have not been prior instances, at

9   least to the government's knowledge, about inquiries made by

10  same-sex couples.

11              Now, you know, let me -- I want to be clear that

12  certainly if there have been such instances and there's

13  records in the government's possession that reflect those

14  prior inquiries made by same-sex couples, obviously, I think

15  that's fair game.  And I don't know that the government is

16  disputing that; I think their view is that they just don't

17  have anything.

18              Am I wrong about that, Mr. Powers?

19              MR. POWERS:  Right.  That's correct.

20              THE COURT:  Okay.

21              And that, I take it --

22              MR. WELCH:  Your Honor, I --

23              THE COURT:  Go ahead.

24              MR. WELCH:  I guess I just want to clarify that,

25  up to this point, the search terms that they have used and

1    that the actual collection has been limited to --

2    geographically to Texas, or specifically to the religious

3    beliefs about same-sex marriage.

4           So what we're talking about is sort of a limited

5    set of sort of "comparable instances."  So those objections

6    seem to be framing what they are representing in terms of

7    other sort of comparable inquiries from other foster-parent

8    applicants.

9           THE COURT:  Well, I understood the government to

10   be saying --

11          MR. WELCH:  But that's part of the issue that we

12   have.

13          THE COURT:  Yeah.

14          But I understood the government to be saying that

15   they're not aware of any prior instances, not just limited

16   to Texas.

17          MR. POWERS:  Right.

18          This is Mr. Powers.

19          Yes, Your Honor, we are not limiting that

20   representation to Texas.

21          And to be clear, the representation relates to the

22   situation where a grantee or a subgrantee refuses to work

23   with prospective foster parents on the basis of religion.

24   So that's specifically what we're talking about and what we

25   see as the sort of -- the comparator that is analogous to

1    the situation plaintiffs have alleged.

2              THE COURT:  So, Mr. Powers, let me make sure

3    I understand.

4              So other than the present case, the government is

5    not aware of any instance in which USCCB or one of its

6    grantees, subgrantees anywhere in the country refused to

7    carry out any type of service based upon its religious

8    beliefs.  Is that a fair statement?

9              MR. POWERS:  No, Your Honor, not any type of

10   service.  This specifically relates to working with

11   prospective foster parents.

12             THE COURT:  Okay.

13             MR. POWERS:  And I should note that, you know,

14   I think the reason, in part, why the government's knowledge

15   on this subject would be limited is that, you know,

16   generally speaking, under these programs, the licensure of

17   foster parents is something that occurs at the

18   state-government level with -- through grantees, if people

19   seek licensure with state government, true, or our grantees

20   and subgrantees.

21             THE COURT:  Okay.

22             So you're not aware of anything anywhere in the

23   country back to 2016 as to USCCB and subgrantees.

24             Now, have the plaintiffs asked for grantees or

25   subgrantees other than USCCB, or is there an agreement to

1    only limit it to the USCCB?

2              MR. POWERS:  This is Mr. Powers.

3              I understand the plaintiffs have agreed that

4    discovery is, at least document discovery, is limited to

5    USCCB and its two subgrantees, Catholic Charities of Dallas

6    and Catholic Charities of Fort Worth.

7              MR. WELCH:  Yes, Your Honor, I do want to clarify

8    that a little bit.

9              So we've agreed that USCCB is the relevant grantee

10   that we can limit discovery to.

11             And if we're talking about subgrantees, really,

12   the concern here is the geographic scope of the search.  So

13   if there's another instance like the plaintiffs that came up

14   anywhere in the country, we think that's relevant, because

15   USCCB is administering the programs nationwide.

16             THE COURT:  Right.

17             I don't think there's any -- well, maybe I'm

18   missing something here, but I don't think the government

19   disagrees with -- let me put it this way:

20             If there are other instances outside of Texas,

21   outside of the Fort Worth subgrantees, then I think they

22   would be relevant -- I agree that they would be relevant.

23   I'm not hearing the government say otherwise.

24             What I am hearing the government say is that the

25   USCCB, they're not aware of any instance involving the

```
 1   foster parents in religious discrimination -- or religious
 2   beliefs, I should say, with respect to any other subgrantee
 3   anywhere else in the country, up to -- between 2016 and the
 4   present.  Is that correct, Mr. Powers?
 5             MR. POWERS:  Right.  Yeah.
 6             I think -- and, you know, what we're talking about
 7   here --
 8             THE COURT:  Let me be clear, because earlier, you
 9   said subgrantees were just Fort Worth, and, I believe,
10   Dallas.
11             But presumably, Fort Worth and Dallas only are
12   providing services in Texas, and that there are subgrantees
13   that provide services in other parts of the country.
14             And so that's where the focus is, is the other
15   parts of the country and other subgrantees where a similar
16   circumstance might have arisen, might have arose comparable
17   to the present one.
18             MR. POWERS:  Right.
19             And this is Mr. Powers.
20             We're discussing the Office of Refugee
21   Resettlement and the unaccompanied alien children,
22   unaccompanied refugee minor program specifically.
23             That's what we're -- when we talk about not being
24   aware of other instances of this, it's in that context that
25   we're talking about it.
```

1          THE COURT:  Okay.

2          So, Mr. Welch, does that satisfy you, then?

3          I mean, to the extent that you think there are

4    instances, and you have evidence of them, that may raise

5    this argument to a level of specificity that isn't presently

6    before me; you know, for instance, whether you've obtained

7    discovery from USCCB itself that reveals such instances, I

8    don't know.

9          But at least insofar as what I've heard the

10   federal defendants say is that at least up through -- you

11   know, past -- from 2016 to the present, they are not aware

12   of any instance involving a foster-care program in which

13   USCCB or one of its subgrantees in any part of the country

14   has declined to make a placement based on religious beliefs.

15          MR. WELCH:  So, Your Honor, I guess I do just want

16   to point out that discovery so far has revealed at least one

17   other inquiry from a same-sex couple that wanted to

18   participate in the program and they were just referred to

19   USCCB's website and presumably there was no further action

20   taken.

21          So if we're talking about USCCB actively refusing

22   to process an application or something like that, which is

23   what happened with the plaintiffs, that sort of narrow focus

24   wouldn't include inquiries like that.

25          We do know that same-sex couples have actually

1   inquired into the program and were effectively turned away.

2           But maybe if the scope is people that submitted an

3   application and then got no further, then that brings it too

4   narrowly and excludes inquiries like that.

5           So I do want to be clear that we do have discovery

6   of other inquiries at least.  So I don't want to say that we

7   agree that no other same-sex couple has ever been -- has

8   ever attempted to participate in the program.

9           THE COURT:  Well, look, right now, I can -- you

10  know, I take the government's representation in good faith

11  that they're not aware of any circumstances -- other

12  instances.

13          Now, how one defines "comparable," I take your

14  point that it may -- you all may see things differently as

15  to what's relevant and what's comparable.

16          But that said, you know, it seems to me that, you

17  know, to the extent that you have identified, from other

18  discovery, specific circumstances or other instances where

19  same-sex couples may have inquired about foster parenting,

20  you know, it would be beneficial to identify those to the

21  government to see if they can find any further

22  communications.

23          Because the reality is that just because there was

24  such an inquiry to USCCB, by whatever means, it doesn't mean

25  it was raised to the level of in the Federal Government.

1          Unlike this one.  I mean, this one came -- I

2    presume came to the attention of the Federal Government

3    because the plaintiffs actually made a complaint, which may

4    not have happened in other instances.

5          And so the mere fact that there have been other

6    inquiries doesn't necessarily mean that there will

7    automatically be documentation in the possession of the

8    government to reflect those inquiries.

9          But it does seem to me that, at least based upon

10   the present representations, I don't think there's any basis

11   to demand a further search.

12         And, as I said, if there are specific instances

13   you want to bring to the government's attention and ask them

14   to see whether there would be any communications as to those

15   particular instances, then, by all means, maybe that's

16   something you should -- you all can be talking about doing.

17         But at least based upon representations the

18   government has made thus far, I don't see any basis for

19   expanding the search beyond what the government has done so

20   far to identify other instances in the country to -- of the

21   exercise of religious beliefs in the foster-parenting

22   context.

23         Okay.  So I think that leaves us with the final

24   issue, and that is:  What, essentially, the exercise of

25   religious belief looks like and how it might manifest

1    itself.

2          So, Mr. Powers, can you help me a little bit

3    understand -- help me understand what it is that you're

4    seeking beyond same-sex couples, and, frankly, how that

5    would even be identified?

6          MR. POWERS:  Your Honor, I believe that was

7    intended for Mr. Welch.

8          THE COURT:  Yeah.

9          I'm sorry, Mr. Welch.  Pardon me.

10         MR. WELCH:  Oh, I apologize.  I thought you said

11   "Mr. Powers" at the beginning of that question.

12         Kindly repeat the question, Your Honor.

13         THE COURT:  I did.  And I'm sorry.

14         I'm sort of turning to the third issue and how --

15   you've suggested that there are other manifestations of --

16   there are other manifestations of exercise of religious

17   beliefs that might be relevant, and not just same-sex

18   couples.  I think you've provided an example of a married

19   couple -- I'm sorry, a heterosexual couple that's

20   cohabitating and the refusal to place a child in such

21   circumstances.

22         I guess the first question maybe ought to be

23   turned to the government and whether, to the extent -- does

24   the government even -- is the government even aware of any

25   such circumstances, based on the diligence it's performed so

1   far -- and we can limit that to Texas and then go from

2   there?

3          MR. POWERS:  Your Honor, we're not aware of --

4   this is Mr. Powers.

5          We're not aware of instances where a grantee in

6   the UAC and URM programs, under existing foster care, is

7   declining to work with foster parents or declining to place

8   children with foster parents on the basis of the foster

9   parents' religious beliefs -- or on the basis of the

10  religious beliefs of the grantee, I should say.

11         THE COURT:  Okay.

12         But does that include -- is that limited to

13  same-sex couples or -- because the plaintiffs are seeking

14  other instances in which those religious beliefs might be

15  manifest, and I think the example they said that they

16  provided is different-sex couples who are cohabitating but

17  not married, and whether, for instance, in that kind of

18  situation, USCCB has said that that kind of placement is not

19  consistent with our religious beliefs, and, therefore, we're

20  going to decline to do so.

21         MR. POWERS:  This is Mr. Powers.

22         I'm not aware -- I should say, Your Honor, that

23  the representation relates -- is not exclusive to same-sex

24  couples.  It would encompass the situation that Your Honor

25  just described.

1        And I would just note that, in terms of even if

2   such communications existed, we would commend to the Court

3   *Lewis versus Casey* from the U.S. Supreme Court, which is

4   cited in our papers, to show that even those kind of

5   situations would not be relevant and would not in any way

6   advance plaintiffs' claims here, even if they did exist.

7        But we're not aware of any such instances.

8        THE COURT:  Okay.

9        MR. WELCH:  Your Honor, I do just want to classify

10  that the awareness is based on a limited search taken to

11  date.

12       So when the government says they're not aware of

13  an instance, they haven't searched.

14       That's part of what we're trying to accomplish

15  here:  To get them to actually search, beyond just Texas and

16  beyond just the subgrantees in Fort Worth, Texas.

17       THE COURT:  Sure.  I understand that.

18       But we've gotten to a point in this case where the

19  government has done, at least it's been represented to me,

20  that they've done some due diligence in terms of being able

21  to make the kind of representation that they have, which is

22  that:  We are not aware.

23       Now, presumably, that means the government has

24  spoken to people internally at the agency who have said we

25  just -- we don't recall anything like that happening.  And,

1    you know, that's part of the diligence that they need to

2    carry out.  And it's reasonable for them to come back and

3    now say:  We're not aware of anything like that.  I just

4    don't think that, at this point, that opens the door to the

5    kind of expanded search that you're suggesting.

6           Now, again, some of this may be, frankly, subsumed

7    in the first issue, which I do think is relevant, which is

8    the communications about the religious-beliefs clause and

9    its implementation.  And if you divide the search that gets

10   to those types of communications and document, it may sweep

11   in the very -- the types of other instances that you're

12   looking for.

13          And so it seems to me at this juncture that having

14   agreed with the plaintiffs that that first set of documents;

15   that is, communications back to 2016 -- excuse me, back to

16   2013 and that initial grant period, that concern religious

17   beliefs, the religious-beliefs clause and its

18   implementations, may get at exactly what you're looking for.

19          And so I think at this juncture, what plaintiffs

20   are asking for just strikes me as a little more felicitous

21   in terms of being able to identify these other

22   circumstances.

23          And if there are specific search terms that you

24   think might get at that, then we may have something more

25   concrete to talk about.

1        But, I mean, the first issue that we've discussed

2   here today, arguably, is likely to capture some of these

3   other instances that are of concern.

4        And, at the end of the day, I think the parameters

5   that you all -- both have now, I think, should hopefully

6   help you in developing or coming to an agreement on search

7   parameters and the custodians.

8        And that to the extent that plaintiffs believe

9   things are still missing and there are big gaps in

10  production and you have reason to believe that there may by

11  some other material out there that is not coming back in

12  discovery, then we may have something to talk about at a

13  later date.

14       But I think for now, given all the factors I need

15  to consider, I think this is probably the place to land and

16  what's reasonable in the present circumstances, okay?

17       All right.

18       MR. WELCH:  Your Honor, this is Mr. Welch.

19       THE COURT:  I'm sorry?

20       MR. WELCH:  I apologize, Your Honor.  I just want

21  to make sure I understand.

22       Are you saying that, at least with respect to the

23  time frame, then, we are going back to 2013, but with the

24  existing search parameters?  I just need to clarify.

25       THE COURT:  Well, look.  Yeah, in terms of the

1    time frame, yes, we're going to go back to 2013 in the

2    initial grant period.

3         I don't know what the existing search parameters

4    are.  And so it's hard for me to say on the call or rule

5    that a particular term should or shouldn't be added.

6    I would hope that you all can come to some agreement about

7    that, in light of the extended discussion that we've had

8    today.

9         I don't think the government should necessarily

10   take what I've said today to mean that the search

11   parameters, the terms, if selected, would be appropriate;

12   on the other hand, I'm not in any position to say, for

13   example, well, you need to add the following three terms or

14   you need to add the following three custodians.  I don't

15   have that level of detailed understanding to be able to

16   provide that kind of guidance.

17        MR. WELCH:  I see.  Thank you, Your Honor.

18        And just to clarify also, I believe that we

19   have -- that you've also said that the nationwide scope is

20   appropriate, as opposed to just limited to Texas?

21        I just want to clarify that as well, because

22   that's another issue that we've had with the search terms,

23   the ESI collection parameters.

24        THE COURT:  Right.

25        What I think I said there is that, I'm relying

1  upon the government's representations that it's not aware of

2  any instances outside of Texas.

3            And, you know, I don't know, for example, what the

4  government has -- I don't know, for example, whether the

5  custodians, say, for instance, would be excluded if the

6  geographic scope were limited, okay?

7            Simply put, there's a person that deals with all

8  the grants in the Pacific Northwest and that the government

9  is excluding that person from their search because it's been

10  limiting its search to Texas.

11            What I'm saying is this:  You know, it is relevant

12  if there are other instances in the country of religious --

13  of declining to act based upon religious beliefs.  The

14  government has told me it's not aware of any such

15  circumstances.  And so as of right now, I'm relying on that

16  representation.  I'm not going to require the government to

17  expand its search, refine, to hunt for such instances.

18            If there are specific examples that the plaintiffs

19  are aware of through other discovery, then you ought to

20  raise those with the government to try and see whether the

21  government might have such records.

22            But it doesn't seem to me at this juncture, that

23  I'm going to -- I am not directing the government to conduct

24  a "nationwide search" to find an example that it presently

25  is not aware of, okay?

1          MR. WELCH:  Yeah.  Understood, Your Honor.

2          THE COURT:  Okay.

3          MR. WELCH:  With respect to the third point about

4    the religious beliefs --

5          THE COURT:  Yes.

6          MR. WELCH:  -- are we limiting that to religious

7    beliefs about same-sex marriage or does this include other

8    religious beliefs or is USCCB taking action based on any

9    religious belief as just religious beliefs about same-sex

10   marriage?

11         THE COURT:  I think where we ended up with that is

12   that, again, the question of -- I think the exercise by

13   USCCB of the religious-beliefs clause -- I'm just calling it

14   that -- is relevant, and whether that's in the

15   same-sex-marriage context or otherwise, I believe it is

16   relevant.

17         And so, therefore, I think it's likely -- and so

18   if there is -- if there are other examples, if there are

19   other instances or discussions about that, about the

20   application of that clause, I think that would be captured

21   in the first search; that is, the searches that will be

22   conducted consistent with my ruling on the first issue.

23         And so, you know, if you think, plaintiffs'

24   counsel, there are additional terms that might capture some

25   other instances, by all means, you should suggest them to

1    the government.

2              But, you know, the question here, seems to be,

3    ultimately, to what extent the government was aware of USCCB

4    acting on the religious-beliefs clause.  And if the context

5    is greater than same-sex marriage, then it would be

6    relevant.  That said, the government has represented it's

7    not aware of any such instances.

8              And so I think where I come out on all of this is

9    that by allowing the search to extend back an additional

10   three years, plus the original term, that you are likely to

11   capture whatever instances there have been.

12             And I'm not going to sort of descend into the

13   particulars in terms of what search terms are relevant and

14   not, because I don't have that in front of me; and if I have

15   to get into that level of detail, I will.

16             But hopefully, this kind of general guidance that

17   we've talked about today will allow you all to reach an

18   agreement on what the government is going to do in terms of

19   search terms and custodians to identify relevant records,

20   okay?

21             MR. POWERS:  This is Mr. Powers, Your Honor.

22   May I briefly clarify one thing?

23             THE COURT:  Sure.

24             MR. POWERS:  I just wanted to clarify that, in

25   terms of talking about the sort of implementation of the

1    religious-accommodation clauses and things like that, that

2    your conclusions here are not sort of intended to alter what

3    plaintiffs have already conceded, which is that they are not

4    seeking discovery about USCCB's religious views on

5    reproductive health, for example; that they're -- I believe

6    they've tailored already -- agreed that their discovery is

7    tailored to the foster-care context.

8              THE COURT:  That's right.  We're not going into

9    other circumstances.

10             MR. POWERS:  Thank you.

11             THE COURT:  Okay.

12             All right.  With that, hopefully, that will

13   provide you all with the guidance that you need and we'll be

14   able to move forward.

15             Obviously, if there are disputes that remain, you

16   know how to reach me.

17             Thank you, everyone.

18             MR. WELCH:  Your Honor, I do believe --

19             THE COURT:  Yes.

20             MR. WELCH:  We did have one additional point that

21   we wanted to mention to you, which is, just as you might

22   know from looking at the schedule, that there is a discovery

23   deadline coming up in July.

24             THE COURT:  Right.

25             MR. WELCH:  And we just wanted to inform you that

1  the parties are currently talking about that deadline and

2  possibly extending it.

3            THE COURT:  Right.

4            MR. WELCH:  We haven't finalized any details yet,

5  but we just wanted to give you heads-up about that.

6            THE COURT:  Okay.

7            Look, I figured as much.  I mean, this took a

8  little bit longer than I had hoped.  And I know that the

9  present circumstances have slowed down all civil discovery.

10  So it comes as no surprise that you all would be asking for

11  additional time, okay?

12            So just let me know how much more time you need,

13  and I'll be happy to enter an order that modifies the

14  schedule.

15            MR. WELCH:  Thank you, Your Honor.

16            THE COURT:  All right.  Thank you, everyone.  Take

17  care.

18            (Proceedings concluded at 10:54 a.m.)

19

20

21

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

   Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:_May 15, 2020_____     /S/__William P. Zaremba_____

            William P. Zaremba, RMR, CRR

**DEPUTY CLERK: [1]**
4/4
**MR. POWERS: [18]**
8/13 10/4 11/2 13/8
13/19 19/19 20/17 21/9
21/13 22/2 23/5 23/18
27/6 28/3 28/21 35/21
35/24 36/10
**MR. WELCH: [26]**  6/9
6/14 6/18 6/22 7/24
11/25 17/19 18/6 19/22
19/24 20/11 22/7 24/15
27/10 29/9 31/18 31/20
32/17 34/1 34/3 34/6
36/18 36/20 36/25 37/4
37/15
**THE COURT: [45]**

/

**/S [1]** 38/10

**0**

**0543 [1]**  2/16

**1**

**105 [1]**  2/9
**10:00 [1]**  1/6
**10:54 [1]**  37/18
**11 [1]**  1/5
**1100 [1]**  2/15
**11218 [1]**  2/15
**1310 [1]**  2/4
**13th [1]**  1/18
**1437 [1]**  1/14
**15 [1]**  38/10
**18-378 [2]**  1/4 4/5
**19 [1]**  38/6

**2**

**200 [1]**  2/4
**20001 [2]**  2/20 3/5
**20004 [1]**  1/19
**20005 [2]**  2/5 2/16
**2013 [6]**  13/16 16/3
16/18 30/16 31/23 32/1
**2016 [8]**  8/4 11/21
12/15 12/21 21/23 23/3
24/11 30/15
**202 [3]**  2/16 2/20 3/6
**202-637-5675 [1]**  1/19
**202-898-2133 [1]**  2/5
**2020 [2]**  1/5 38/10
**2133 [1]**  2/5
**2600 [1]**  2/9

**3**

**312 [1]**  2/10
**3249 [1]**  3/6
**325 [1]**  2/10
**333 [1]**  3/4
**353-0543 [1]**  2/16
**354-3249 [1]**  3/6
**378 [2]**  1/4 4/5
**3939 [1]**  2/20

**4**

**40,000 [1]**  14/11

**4200-3781-APM [1]**
25/7
**4413 [1]**  2/10

**5**

**50,000 [1]**  14/11
**51 [1]**  2/19
**555 [1]**  1/18
**5675 [1]**  1/19

**6**

**60603 [1]**  2/10
**609 [1]**  1/13
**6503 [1]**  3/5
**663-4413 [1]**  2/10

**7**

**713-632-1437 [1]**  1/14
**77002 [1]**  1/14

**8**

**879-3939 [1]**  2/20

**A**

**a.m [2]**  1/6 37/18
**ability [1]**  15/4
**able [5]**  14/5 29/20
30/21 32/15 36/14
**about [48]**
**above [1]**  38/4
**above-titled [1]**  38/4
**acceptable [1]**  13/3
**accommodation [1]**
36/1
**accomplish [1]**  29/14
**account [1]**  6/2
**acknowledged [1]**
18/18
**act [3]**  7/4 7/17 33/13
**acted [1]**  18/19
**acting [1]**  35/4
**action [4]**  4/4 7/8 24/19
34/8
**actions [2]**  7/3 7/12
**actively [1]**  24/21
**activities [1]**  8/23
**actual [3]**  15/15 18/2
20/1
**actually [6]**  9/15 16/23
18/9 24/25 26/3 29/15
**Adams [1]**  2/9
**add [2]**  32/13 32/14
**added [1]**  32/5
**adding [1]**  16/6
**addition [1]**  6/23
**additional [8]**  13/13
13/16 14/2 14/4 34/24
35/9 36/20 37/11
**adhered [1]**  8/8
**administering [1]**  18/4
22/15
**advance [1]**  29/6
**advice [1]**  10/23
**affects [2]**  15/3 15/4
**aftermath [1]**  15/1
**again [5]**  16/19 17/5
17/10 30/6 34/12
**against [1]**  8/7
**agency [4]**  11/7 13/20
13/25 29/24

**agent [3]**  7/1 11/22 15/9
**agreed [7]**  8/10 8/16
12/12 22/3 22/9 30/14
36/6
**agreed-to [1]**  8/10
**agreement [12]**  7/24
8/1 10/1 10/3 15/12
15/15 17/24 18/2 21/25
31/6 32/6 35/18
**agreements [9]**  5/20
6/11 6/23 7/2 7/5 11/17
12/23 16/21 16/24
**ahead [1]**  19/23
**aided [1]**  3/7
**al [4]**  1/3 1/6 4/5 4/6
**ALEX [2]**  1/6 4/5
**alien [1]**  23/21
**all [26]**  5/7 5/21 8/2
8/10 8/15 11/15 14/18
16/19 17/6 17/17 25/14
26/15 26/16 31/5 31/14
31/17 32/6 33/7 34/25
35/8 35/17 36/12 36/13
37/9 37/10 37/16
**all right [1]**  8/15
**alleged [1]**  21/1
**allow [2]**  9/20 35/17
**allowing [1]**  35/9
**already [3]**  15/18 36/3
36/6
**also [8]**  6/14 7/1 8/19
10/12 12/8 18/21 32/18
32/19
**alter [1]**  36/2
**am [3]**  19/18 22/24
33/23
**AMERICANS [1]**  2/2
**AMIT [1]**  1/9
**amount [1]**  13/10
**analogous [1]**  20/25
**another [1]**  22/13
32/22
**any [40]**
**anything [4]**  19/17
21/22 29/25 30/3
**anywhere [4]**  21/6
21/22 22/14 23/3
**apologize [2]**  27/10
31/20
**APPEARANCES [3]**
1/11 2/1 2/22
**appended [1]**  5/11
**applicants [1]**  20/8
**application [6]**  7/19
11/3 11/12 24/22 25/3
34/20
**applied [3]**  7/20 10/9
18/18
**applies [1]**  18/7
**appointees [1]**  14/5
**appropriate [3]**  12/17
32/11 32/20
**are [68]**
**aren't [1]**  16/11
**arguably [1]**  31/2
**argument [1]**  24/5
**arisen [1]**  23/16

**arose [2]**  11/2 23/16
**around [1]**  5/24
**as [26]**  4/15 4/16 4/17
6/7 8/21 10/10 10/10
11/6 11/19 16/4 16/7
17/15 20/25 21/23 24/9
25/14 26/12 26/14
30/20 32/20 32/21
33/15 34/9 36/21 37/7
37/10
**aside [2]**  9/19 11/20
**ask [2]**  6/5 26/13
**asked [1]**  21/24
**asking [4]**  5/19 5/21
30/20 37/10
**attempted [1]**  25/8
**attention [2]**  26/2
26/13
**au.org [1]**  2/6
**automatically [1]**  26/7
**Avenue [2]**  2/19 3/4
**Avra [1]**  2/7
**aware [24]**  11/7 15/19
18/13 20/15 21/5 21/22
22/25 23/24 24/11
25/11 27/24 28/3 28/5
28/22 29/7 29/12 29/22
30/3 33/1 33/14 33/19
33/25 35/3 35/7
**awareness [1]**  29/10
**away [1]**  25/1
**AZAR [2]**  1/6 4/5

**B**

**back [14]**  12/14 12/21
13/1 13/16 14/3 16/3
21/23 30/2 30/15 30/15
31/11 31/23 32/1 35/9
**balanced [1]**  8/7
**based [10]**  4/19 16/8
21/7 24/14 26/9 26/17
27/25 29/10 33/13 34/8
**basic [1]**  5/13
**basis [8]**  7/21 11/10
18/19 20/23 26/10
26/18 28/8 28/9
**be [69]**
**became [1]**  15/15
**because [13]**  6/1 12/2
14/3 15/9 22/14 23/8
25/23 25/23 26/3 28/13
32/21 33/9 35/14
**been [12]**  5/15 7/13
11/12 13/10 19/8 19/12
20/1 25/7 26/5 29/19
33/9 35/11
**before [5]**  1/9 7/3 7/16
12/15 24/6
**beginning [1]**  27/11
**being [4]**  12/1 23/23
29/20 30/21
**belief [4]**  7/4 15/14
26/25 34/9
**beliefs [44]**
**believe [11]**  9/24 10/5
12/13 23/9 27/6 31/8
31/10 32/18 34/15 36/5

**beneficial [1]**  25/20
**between [6]**  5/16 9/24
10/20 15/1 15/25 23/3
27/4 29/15 29/16
**beyond [5]**  17/24 26/19
27/4 29/15 29/16
**big [1]**  31/9
**bit [6]**  14/18 18/11
18/25 22/8 27/2 37/8
**blow [1]**  15/8
**both [2]**  10/7 31/5
**Branch [1]**  2/14
**Brendan [1]**  1/17 4/8
**brendan.quinn [1]**
1/21
**briefly [1]**  35/22
**briefs [1]**  11/6
**bring [2]**  12/17 26/13
**brings [1]**  25/3
**broader [1]**  14/14
**broadly [1]**  11/5
**burden [4]**  4/22 6/2
12/18 13/13
**burdensome [2]**  16/7
17/9

**C**

**calculated [2]**  8/21 9/7
**call [2]**  4/14 32/4
**calling [1]**  34/13
**came [4]**  4/18 22/13
26/1 26/2
**Camilla [2]**  2/7 4/7
**can [13]**  8/8 8/8 10/6
12/13 12/15 17/6 22/10
25/9 25/21 26/16 27/2
28/1 32/6
**can't [1]**  17/9
**capture [4]**  11/20 31/2
34/24 35/11
**captured [5]**  9/23
10/12 11/1 11/13 34/20
**care [5]**  10/10 24/12
28/6 36/7 37/17
**career [1]**  13/24
**carry [4]**  15/2 15/4 21/7
30/2
**case [5]**  7/13 8/22 9/15
21/4 29/18
**Casey [1]**  29/3
**category [2]**  15/21
15/22
**Catholic [2]**  22/5 22/6
**certain [1]**  8/17
**certainly [4]**  6/12 12/15
15/24 19/12
**Certified [1]**  3/3
**certify [1]**  38/2
**challenges [1]**  6/20
**challenging [1]**  19/3
**changes [1]**  16/24
**Charities [2]**  22/5 22/6
**Chicago [1]**  2/10
**child [1]**  27/20
**children [2]**  23/21 28/8
**Choe [2]**  1/16 4/8
**CHURCH [1]**  2/3
**circumstance [1]**

**C**

circumstance... [1] 23/16
circumstances [10] 18/17 25/11 25/18 27/21 27/25 30/22 31/16 33/15 36/9 37/9
cited [1] 29/4
civil [1] 2/14 4/4 37/9
claims [2] 17/16 29/6
clarify [8] 17/21 19/24 22/7 31/24 32/18 32/21 35/22 35/24
classify [1] 29/9
clause [10] 15/11 15/14 17/3 17/11 17/13 30/8 30/17 34/13 34/20 35/4
clauses [1] 36/1
clear [9] 5/6 13/2 16/19 18/8 18/21 19/11 20/21 23/8 25/5
client [1] 6/8
cohabitating [2] 27/20 28/16
collect [1] 8/21
collecting [2] 9/2 9/6
collection [6] 8/18 8/20 9/4 14/2 20/1 32/23
COLUMBIA [1] 1/1
come [4] 12/9 30/2 32/6 35/8
comes [2] 7/6 37/10
coming [1] 31/6 31/11 36/23
commend [1] 29/2
communication [5] 8/5 8/6 11/13 11/21 17/25
communications [19] 5/22 7/1 7/2 8/12 9/10 9/23 9/24 11/24 12/22 14/22 14/25 15/23 17/10 25/22 26/14 29/2 30/8 30/10 30/15
comparable [9] 15/17 15/20 18/15 18/22 20/5 20/7 23/16 25/13 25/15
comparator [1] 20/25
complaint [1] 26/3
computer [1] 3/7
computer-aided [1] 3/7
conceded [1] 36/3
concern [3] 22/12 30/16 31/3
concerned [3] 14/9 18/1 18/16
concluded [1] 37/18
conclusions [1] 36/2
concrete [2] 15/16 30/25
conduct [4] 5/15 6/7 8/19 33/23
conducted [1] 34/22
conducting [1] 8/18
CONFERENCE [1] 1/9
consider [1] 31/15

consistent [1] 4/8
Constitution [2] 3/4
constitutional [1] 19/3
consult [1] 13/20
context [11] 7/18 10/14 10/18 11/3 11/11 12/5 23/24 26/22 34/15 35/4 36/7
CONTINUED [2] 2/1 3/1
contract [1] 16/17
contracts [4] 16/2 17/3 17/4 17/8
cooperation [4] 5/20 10/1 10/2 15/15
cooperative [4] 7/5 7/24 12/22 15/12
correct [3] 19/19 23/4 38/3
could [5] 7/22 14/14 15/5 17/4 18/6
counsel [2] 13/7 34/24
country [9] 21/6 21/23 22/14 23/3 23/13 23/15 24/13 26/20 33/12
couple [8] 7/20 17/21 18/7 18/17 24/17 25/7 27/19 27/19
couples [10] 18/9 19/10 19/14 24/25 25/19 27/4 27/18 28/13 28/16 28/24
course [3] 5/15 6/7 15/25
court [6] 1/1 3/2 3/3 29/2 29/3 38/7
Courthouse [1] 3/4
COVID [1] 38/6
COVID-19 [1] 38/6
CRR [2] 38/2 38/11
ctaylor [1] 2/11
current [2] 9/22 11/23
currently [2] 13/22 37/1
custodian [2] 12/7 14/1
custodians [10] 8/20 9/5 13/15 13/17 13/21 14/2 31/7 32/14 33/5 35/19
CV [1] 1/4
cycle [1] 10/9

**D**

D.C [6] 1/5 1/19 2/5 2/16 2/20 3/5
Dale [1] 2/2
Dallas [3] 22/5 23/10 23/11
date [4] 13/3 29/11 31/13 38/10
David [2] 2/18 4/10
day [2] 2/19 31/4
deadline [2] 36/23 37/1
deal [2] 14/15 17/10
dealing [2] 14/14 14/25
deals [1] 33/7

question [3] 16/7 18/23
decline [1] 28/20
declined [1] 24/14
declining [4] 11/9 28/7 28/7 33/13
defendants [4] 1/7 2/12 4/11 24/10
DEFENSE [1] 2/8
defines [1] 25/13
demand [1] 26/11
demands [1] 5/11
Department [2] 2/3 2/13
descend [1] 35/12
described [1] 28/25
designee [1] 10/11
detail [1] 35/15
detailed [1] 32/15
details [1] 37/4
determine [1] 5/15
developing [1] 31/6
did [5] 12/6 18/9 27/13 29/6 36/20
didn't [2] 4/19 16/1
difference [1] 6/1
different [1] 10/22 28/16
different-sex [1] 28/16
differently [1] 25/14
difficult [1] 16/22
difficulties [1] 5/5
diligence [3] 27/25 29/20 30/1
directing [1] 33/23
disagrees [1] 22/19
discovery [22] 4/15 5/2 5/10 5/11 9/21 9/21 12/14 12/20 15/9 22/4 22/4 22/10 24/7 24/16 25/5 25/18 31/12 33/19 36/4 36/6 36/22 37/9
discrimination [2] 18/3 23/1
discussed [1] 31/1
discussing [1] 23/20
discussion [4] 10/17 10/21 15/16 32/7
discussions [7] 15/6 15/11 15/23 16/6 17/13 17/14 34/19
dispute [3] 4/15 5/1 16/14
disputes [2] 11/16 36/15
disputing [1] 19/16
DISTRICT [3] 1/1 1/1 1/10
divide [1] 30/9
Division [2] 2/14
divorced [2] 10/18 17/15
do [23] 6/1 6/25 7/1 11/18 11/22 12/13 12/19 12/23 13/17 13/17 16/14 17/6 17/15 22/7 24/15 24/25 25/5 25/5 28/20 29/9 30/7

do you have [2] 11/18 13/17
do you think [1] 13/17
document [2] 22/4 30/10
documentation [1] 26/7
documents [9] 6/6 10/7 10/12 11/16 12/17 12/25 14/11 18/1 30/14 33/8 34/7
does [12] 6/1 14/21 15/7 15/9 15/22 16/10 17/17 24/2 26/9 27/23 28/12 34/7
doesn't [5] 16/3 16/7 25/24 26/6 33/22
doing [2] 4/13 26/16
don't [25] 6/10 11/13 12/11 13/19 14/5 15/8 16/21 16/21 18/11 19/15 19/16 22/17 22/18 24/8 25/6 26/10 26/18 29/25 30/4 32/3 32/9 32/14 33/3 33/4 35/14
done [7] 8/2 8/3 9/5 14/8 26/19 29/19 29/20
door [1] 30/4
doors [1] 15/9
down [1] 37/9
drawing [1] 16/10
dtraimer [1] 2/21
due [1] 29/20
during [2] 5/22 38/5

**E**

each [1] 9/12
earlier [2] 17/3 23/8
EDUCATION [1] 2/8
effectively [1] 25/1
else [1] 23/3
email [13] 1/15 1/20 1/20 1/21 2/6 2/11 2/11 2/17 2/17 2/21 9/10 10/25 11/2
emails [1] 12/21
employees [1] 14/4
encompass [1] 28/24
encompassing [1] 16/18
end [2] 6/24 31/4
ended [1] 34/11
enormous [1] 9/14
enough [1] 4/20
enter [1] 37/13
entitled [1] 16/15
ESI [2] 8/20 32/23
especially [1] 4/20
essentially [2] 7/7 26/24
establish [3] 5/18 6/7 7/15
established [1] 5/15
estimate [1] 13/18
et [4] 1/3 1/6 4/5 4/6
et al [2] 4/5 4/6
even [8] 4/17 13/13

7/5 27/24 27/24 29/1 29/4 29/6
event [2] 11/13 16/4
ever [2] 25/7 25/8
everybody [1] 4/13
everyone [4] 4/2 4/12 36/17 37/16
evidence [3] 7/15 18/8 24/4
exact [1] 18/16
exactly [4] 5/7 5/17 5/25 30/18
example [14] 5/19 5/20 8/10 10/16 13/15 16/25 17/2 27/18 28/15 32/13 33/3 33/4 33/24 36/5
examples [2] 33/18 34/18
except [1] 11/14
excluded [1] 33/5
excludes [1] 25/4
excluding [1] 33/9
exclusive [1] 28/23
excuse [1] 30/15
exercise [4] 26/21 26/24 27/16 34/12
exist [1] 11/14 29/6
existed [1] 29/2
existing [4] 18/9 28/6 31/24 32/3
expand [1] 33/17
expanded [1] 30/5
expanding [3] 9/4 9/5 35/9
ext [1] 2/10
extend [2] 13/16 35/9
extended [1] 32/7
extending [1] 37/2
extensive [1] 15/9
extent [10] 14/21 15/6 15/13 16/13 17/13 24/3 25/17 27/23 31/8 35/3 35/17 35/23
extra [1] 16/6

**F**

fact [2] 13/23 26/5
factor [1] 18/23
factors [1] 31/14
factual [2] 10/18 17/14
fair [3] 13/10 19/15 21/8
fairly [1] 15/10
faith [1] 25/10
families [1] 4/13
far [8] 12/20 13/1 14/10 16/8 24/16 26/18 26/20 28/1
farther [1] 13/1
FATMA [1] 1/3 4/5
federal [5] 2/14 15/1 24/10 25/25 26/2
feel [1] 4/19
felicitous [1] 30/24
figure [3] 5/17 12/16 14/6
figured [1] 37/7
figures [1] 13/20
final [2] 12/10 26/23

**F**

finalized [2]  13/5 37/4
find [4]  9/13 16/22
25/21 33/24
first [9]  4/25 11/25
15/22 27/22 30/7 30/14
31/1 34/21 34/22
focus [2]  23/14 24/23
following [2]  32/13
32/14
foregoing [1]  38/3
foremost [2]  4/25
13/11
Fort [5]  22/6 22/21
23/9 23/11 29/16
forward [3]  5/13 8/4
36/14
foster [20]  7/18 7/20
10/10 10/13 11/9 18/7
18/18 20/7 20/23 21/1
21/17 23/1 24/12 25/19
26/21 28/6 28/7 28/8
28/8 36/7
foster-care [2]  24/12
36/7
foster-parent [1]  20/7
foster-parenting [2]
10/13 26/21
frame [7]  5/1 5/8 9/4
11/20 12/6 31/23 32/1
framing [1]  20/6
frankly [2]  27/4 30/6
front [1]  35/14
full [1]  5/25
FUND [1]  2/8
further [7]  9/4 9/20
14/3 24/19 25/3 25/21
26/11

**G**

game [1]  19/15
gaps [1]  31/9
Gendall [2]  1/17 4/8
general [7]  7/6 7/9
10/16 11/14 15/10
15/23 35/16
generally [3]  11/22
12/24 21/16
geographic [3]  5/3
22/12 33/6
geographically [1]
20/2
get [6]  5/24 7/10 29/15
30/18 30/24 35/15
gets [2]  18/25 30/9
give [1]  37/5
given [2]  16/4 31/14
Gliksberg [2]  2/7 4/7
go [6]  9/1 13/1 14/14
19/23 28/1 32/1
Go ahead [1]  19/23
goes [2]  12/14 14/3
going [12]  4/17 9/13
12/20 16/3 28/20 31/23
32/1 33/16 33/23 35/12
35/18 36/8
good [3]  4/2 4/12
25/10

**H**

had [5]  4/19 18/13 32/7
32/22 37/8
hand [1]  32/12
happened [3]  7/16
24/23 26/4
happening [1]  29/25
happy [1]  37/13
hard [2]  16/12 32/4
has [17]  4/16 8/3 8/17
12/21 20/1 24/14 24/16
25/7 25/7 26/18 26/19
28/18 29/19 29/23 33/4
33/14 35/6
have [56]
haven't [4]  7/13 13/5
29/13 37/4
having [2]  5/5 30/13
heads [1]  37/5
heads-up [1]  37/5
health [1]  36/5
healthy [1]  4/13
heard [3]  14/18 16/8
24/9
hearing [4]  6/21 22/23
22/24 38/5
help [3]  27/2 27/3 31/6
here [19]  6/3 12/4
13/11 15/9 15/17 15/20
16/20 17/5 18/10 18/17
19/5 22/12 22/18 23/7
29/6 29/15 31/2 35/2
36/2
here's [5]  5/9 14/17
heterosexual [1]  27/19
his [1]  13/11
history [1]  14/3
HOGAN [2]  1/12 1/18
hoganlovells.com [4]
1/15 1/20 1/21 1/22
homosexuality [1]
10/13

**I**

I am [2]  22/24 33/23
I apologize [1]  31/20
I believe [1]  10/5 23/9
27/6 32/18 34/15 36/5
I can [3]  10/6 17/6 25/9
I can't [1]  17/9
I could [1]  15/5
I did [1]  27/13
I don't [2]  13/19 14/5
I don't have [1]  35/14
I don't think [6]  11/13
15/8 16/21 22/18 26/10
26/20
I guess [7]  12/24 14/17
16/18 17/21 19/24
24/15 27/22
I have [1]  19/7
I hope [1]  4/12
I just [11]  4/18 6/16
14/17 17/21 17/22
19/24 30/3 31/20 31/24
32/21 35/24
I know [3]  6/16 8/3
37/8
I mean [6]  5/9 8/3 9/17
10/19 14/10 15/16
I should [4]  21/13 23/2
28/10 28/22
I think [32]  8/14 9/4 9/8
11/2 11/4 11/5 11/11
11/12 13/21 14/7 14/8
14/12 14/14 16/20 17/8
17/22 19/14 19/16
21/14 22/21 23/6 27/18
28/15 31/4 31/5 31/14
31/15 32/25 34/11
34/12 34/17 34/20
I thought [2]  4/14
27/10
I understand [4]  17/23
21/3 22/3 31/21
I understood [1]  20/9
I was [2]  4/17 5/5
I would [1]  32/6
I'd [2]  4/24 13/19
I'll [1]  37/13
I'm [28]  4/15 5/16 5/24
6/13 6/16 9/18 13/6
13/9 14/5 15/3 15/7
17/5 22/17 22/23 27/9
27/13 27/14 27/19
28/22 31/19 32/12
32/25 33/11 33/15
33/16 33/23 34/13
35/12
I'm just [3]  5/24 17/5
34/13
I'm not [7]  14/5 15/7
22/23 28/22 32/12
33/16 35/12
I'm sorry [7]  4/15 6/13
6/16 13/6 13/9 15/3
27/19
I've [5]  5/10 14/18 16/8
24/9 32/10
idea [1]  9/3
identified [2]  25/17
27/5
identify [5]  11/24 25/20
26/20 30/21 35/19
II [2]  1/6 4/5
IL [1]  2/10
imagine [1]  17/9
impermissible [1]  19/2
implement [1]  16/2
implementation [3]
15/16 30/9 35/25
implementations [1]
30/18
implemented [1]  10/22
implementing [2]
15/23 17/11
implicate [1]  12/8
INC [1]  2/8
include [3]  24/24 28/12
34/7
included [1]  12/21
inconsistent [2]  7/8
7/17
increased [1]  16/25
individuals [2]  9/12
13/24
inform [1]  36/25
information [4]  4/20
8/21 9/7 9/16
initial [3]  16/17 30/16
32/2
inquire [1]  18/10
inquired [2]  25/1 25/19
inquiries [8]  19/9
19/14 20/7 24/24 25/4
25/6 26/6 26/8
inquiry [3]  18/6 24/17
25/24
insofar [1]  24/9
instance [12]  11/7
14/25 15/17 16/23 21/5
22/13 22/25 24/6 24/12

18/17 29/13 33/5

instances [30]  15/13
15/19 18/2 18/14 19/8
19/12 20/25 22/15 22/20
23/24 24/4 24/7 25/12
25/18 26/4 26/12 26/15
26/20 28/5 28/14 29/7
30/11 31/3 33/2 33/12
33/17 34/19 34/25 35/7
35/11
intended [2]  27/7 36/2
intention [1]  4/21
interested [1]  7/11
internal [1]  12/21
internally [1]  29/24
interpretation [1]  18/2
interpreting [1]  17/12
involve [1]  13/17
involves [1]  11/8
involving [4]  8/24 11/8
22/25 24/12
irrelevant [1]  9/15
is [101]
Is that a [1]  21/8
is there [1]  21/25
isn't [2]  9/15 24/5
issue [16]  5/4 8/6 12/3
15/10 15/20 17/10
17/18 18/25 19/5 20/11
26/24 27/14 30/7 31/1
32/22 34/22
issues [4]  5/1 8/22
10/1 17/5
it [50]
it would be [5]  4/14
9/3 14/8 25/20 35/5
it's [18]  4/2 4/15 9/10
15/19 18/22 19/1 19/1
19/3 23/24 27/25 29/19
30/2 32/14 33/1 33/9
33/14 34/17 35/6
it's likely [1]  34/17
its [14]  7/4 7/8 7/17
8/18 8/23 17/1 21/5
21/7 22/5 24/13 30/9
30/17 33/10 33/17
itself [1]  7/22 24/7 27/1

**J**

James [2]  2/12 4/10
James.R.Powers [1]
2/17
Jamie [2]  2/7 4/7
Jason [2]  2/13 4/10
Jason Lynch [1]  4/10
Jason.Lynch [1]  2/17
jgliksberg [1]  2/11
Jim [2]  8/13 10/4
JONES [1]  2/19
jonesday.com [1]  2/21
Jr [1]  2/2
JUDGE [2]  1/10 4/3
Judge Mehta [1]  4/3
July [1]  36/23
juncture [3]  30/13
30/19 33/22
June [1]  16/18
just [43]

**J**

JUSTICE [1] 2/13

**K**

Ken [2] 4/7 4/8
ken.choe [1] 1/20
Kenneth [2] 1/16 2/2
kind [11] 6/24 9/23
10/25 12/3 28/17 28/18
29/4 29/21 30/5 32/16
35/16
Kindly [1] 27/12
kinds [1] 7/12
knew [3] 7/11 7/16
16/1
know [45]
knowledge [2] 19/9
21/14

**L**

laid [1] 11/6
LAMBDA [1] 2/8
lambdalegal.org [2]
2/11 2/11
land [1] 31/15
later [2] 17/4 31/13
lawsuit [1] 14/23
least [11] 16/8 19/9
22/4 24/9 24/10 24/16
25/6 26/9 26/17 29/19
31/22
leave [2] 9/19 11/20
leaves [1] 26/23
Legal [2] 2/3 2/8
let [6] 4/24 19/11 21/2
22/19 23/8 37/12
let's [1] 9/19
letter [1] 5/12
level [6] 16/25 21/18
24/5 25/25 32/15 35/15
Lewis [1] 29/3
licensure [2] 21/16
21/19
lift [1] 5/21
light [2] 4/20 32/7
lighter [1] 5/21
like [14] 4/25 5/14 11/7
14/5 18/14 18/15 22/13
24/22 24/24 25/4 26/25
29/25 30/3 36/1
likely [5] 9/15 11/12
31/2 34/17 35/10
limit [3] 22/1 22/10
28/1
limitations [1] 38/7
limited [11] 15/10
17/10 20/1 20/4 20/15
21/15 22/4 28/12 29/10
32/20 33/6
limiting [4] 6/10 20/19
33/10 34/6
line [1] 6/24
list [1] 10/6
little [7] 14/18 18/11
18/25 22/8 27/2 30/20
37/8
LLP [2] 1/12 1/18
long [4] 4/16 6/5 10/10

long-tenured [1] 13/25
long-term-foster-care
[1] 10/10
longer [1] 37/8
look [2] 25/9 31/25
37/7
looked [1] 5/10
looking [6] 5/17 6/6
12/25 30/12 30/18
36/22
looks [1] 26/25
lot [3] 9/10 9/10 14/9
Louisiana [2] 2/19
LOVELLS [2] 1/12 1/18
Lynch [4] 2/13 4/10
13/7 13/10

**M**

made [4] 19/9 19/14
26/3 26/18
main [1] 1/13 4/25
make [8] 4/20 6/1 6/16
17/22 21/2 24/14 29/21
31/21
makes [2] 8/14 17/22
manifest [3] 7/22 26/25
28/15
manifestations [2]
27/15 27/16
many [2] 13/16 16/21
MAROUF [2] 1/3 4/5
marriage [7] 10/13
19/5 20/3 34/7 34/10
34/15 35/5
married [2] 27/18
28/17
material [2] 9/14 31/11
matter [2] 14/23 38/4
may [16] 1/5 14/23
15/20 24/4 25/14 25/14
25/19 26/3 30/6 30/10
30/18 30/24 31/10
31/12 35/22 38/10
May I [1] 35/22
maybe [5] 16/11 22/17
25/2 26/15 27/22
8/14 14/21 15/7 15/10
15/22 16/3 16/7 16/12
17/15 19/11 21/2 22/19
23/8 24/6 25/16 26/9
27/2 27/3 27/9 29/19
30/13 30/15 30/20 32/4
33/14 33/22 35/14
36/16 37/12
mean [16] 5/9 5/11 8/3
9/17 10/19 14/10 14/21
15/16 16/23 24/3 25/24
26/1 26/6 31/1 32/10
37/7
means [6] 12/10 18/13
25/24 26/15 29/23
34/25
mechanical [1] 3/7
MEHTA [2] 1/9 4/3
memoranda [1] 12/21
memorializations [1]

mention [1] 36/21
mere [1] 26/5
Merit [1] 3/2
Michael [2] 1/17 4/8
might [17] 8/11 10/22
13/17 16/5 16/11 16/24
17/4 17/6 23/16 23/16
26/25 27/17 28/14
30/24 33/21 34/24
36/21
mike.gendall [1] 1/22
mind [2] 4/18 13/11
minimize [1] 12/17
minor [1] 23/22
missing [2] 22/18 31/9
modified [1] 9/20
modifies [1] 37/13
moment [1] 5/20
monitoring [1] 8/23
more [7] 7/25 11/5
14/15 14/18 30/20
30/24 37/12
morning [2] 4/2 4/12
motion [1] 4/21
move [1] 36/14
Mr [1] 13/6
Mr. [23] 6/15 11/18
13/7 13/7 13/8 13/9
13/10 13/12 19/18
20/18 21/2 22/2 23/4
23/19 24/2 27/2 27/7
27/9 27/11 28/4 28/21
31/18 35/21
Mr. Lynch [2] 13/7
13/10
Mr. Powers [15] 13/7
13/8 13/9 13/12 19/18
20/18 21/2 22/2 23/4
23/19 27/2 27/11 28/4
28/21 35/21
Mr. Welch [6] 6/15
11/18 24/2 27/7 27/9
31/18
much [3] 14/14 37/7
37/12
my [5] 5/24 13/11
14/17 17/18 34/22

**N**

name [1] 13/11
namely [1] 9/24
narrow [1] 24/23
narrowed [1] 16/16
narrowly [1] 25/4
nationwide [3] 22/15
32/19 33/24
nature [2] 5/7 16/9
necessarily [3] 13/2
26/6 32/9
need [10] 7/25 9/20
13/1 30/1 31/14 31/24
32/13 32/14 36/13
37/12
negotiate [1] 12/16
negotiated [2] 12/1
12/13
negotiating [1] 12/5

negotiations [1] 12/2
no [8] 1/4 12/10 15/19
21/9 24/19 25/3 25/7
37/10
nobody [1] 11/16
Northwest [1] 33/8
not [57]
note [2] 21/13 29/1
38/5
now [15] 5/13 14/1
14/18 15/18 16/9 19/11
21/24 25/9 25/13 29/23
30/3 30/6 31/5 31/14
33/15
number [4] 4/18 8/20
9/5 13/23
NW [5] 1/18 2/4 2/15
2/19 3/4

**O**

Obergefell [2] 15/1
15/3
objections [2] 12/3
20/5
objectives [1] 8/9
obtained [1] 24/6
obviously [5] 9/11
12/18 13/14 19/14
36/15
occurred [1] 38/5
occurs [1] 21/17
Office [1] 23/20
Official [1] 3/3
Oh [1] 27/10
okay [19] 4/12 10/15
14/16 19/6 19/20 21/12
21/21 24/1 26/23 28/11
29/8 31/16 33/6 33/25
34/2 35/20 36/11 37/6
37/11
one [17] 5/1 5/5 6/20
11/7 14/10 15/10 15/17
15/20 21/5 23/17 24/13
24/16 25/13 26/1 26/1
35/22 36/20
ongoing [1] 13/4
only [3] 6/11 22/1
23/11
open [2] 9/21 15/8
opens [1] 30/4
opposed [1] 32/20
order [2] 14/11 37/13
organization [2] 9/9
9/11
orientation [1] 11/10
original [1] 35/10
ORR [1] 9/9
other [39]
otherwise [2] 22/23
34/15
ought [4] 15/8 15/8
27/22 33/19
our [8] 6/11 8/20 9/8
11/6 13/21 21/19 28/19
29/4
out [10] 5/17 11/6
11/16 15/2 15/4 21/7

negotiations [1] 12/2
negotiations [2] 43 of 45
outside [3] 22/20 22/21
33/2
over [1] 8/10
overly [1] 16/7

**P**

Pacific [1] 33/8
pandemic [1] 38/6
papers [1] 29/4
parameters [9] 9/19
9/22 11/19 31/4 31/7
31/24 32/3 32/21 32/23
Pardon [1] 27/9
parent [2] 18/18 20/7
parenting [4] 7/19
10/13 25/19 26/21
parents [9] 7/20 11/9
18/7 20/23 21/11 21/17
23/1 28/7 28/8
parts' [1] 28/9
part [5] 20/11 21/14
24/13 29/14 30/1
participate [2] 24/18
25/8
particular [8] 8/24 10/8
10/18 11/9 14/6 17/4
26/15 32/5
particulars [1] 35/13
parties [5] 11/15 12/12
15/25 17/12 37/1
parties' [1] 4/17
parts [2] 23/13 23/15
past [2] 5/14 24/11
people [4] 13/23 21/18
25/2 29/24
performed [1] 27/25
period [5] 5/2 12/15
16/17 30/16 32/2
periods [2] 5/23 16/17
permitted [1] 7/1
person [2] 33/7 33/9
perspective [1] 9/8
place [3] 27/20 28/7
31/15
placed [2] 6/3 13/13
placement [2] 24/14
28/18
plaintiffs [31] 1/4 1/12
2/2 4/9 4/24 6/19 8/19
8/24 9/3 9/16 9/21 9/23
11/8 13/4 14/19 16/14
17/20 18/10 18/22 21/1
21/24 22/3 22/13 24/23
26/3 28/13 30/14 30/19
31/8 33/18 36/3
plaintiffs' [3] 17/16
29/6 34/23
play [1] 12/9
Please [1] 38/5
plus [1] 35/10
point [8] 17/7 19/25
24/16 25/14 29/18 30/4
34/3 36/20
points [1] 17/21
position [3] 10/24 19/8
32/12
possession [2] 19/13

**P**

possession... [1] 26/7
possible [1] 15/5
possibly [1] 37/2
posture [1] 16/12
potential [1] 18/3
potentially [1] 16/20
Powers [19] 2/12 4/10
8/13 10/4 13/7 13/8
13/9 13/12 19/18 20/18
21/2 22/2 23/4 23/19
27/2 27/11 28/4 28/21
35/21
preceding [1] 14/22
present [10] 11/16
16/12 16/16 18/11 21/4 23/4
23/17 24/11 26/10
31/16 37/9
presently [2] 24/5
33/24
pressing [1] 9/18
presumably [4] 12/2
23/11 24/19 29/23
presume [1] 26/2
pretty [1] 7/9
prior [3] 19/8 19/14
20/15
probably [3] 9/5 13/22
31/15
proceedings [4] 1/9
3/7 37/18 38/4
process [4] 7/19 11/3
11/12 24/22
processes [1] 10/8
processing [1] 7/19
produce [2] 9/16 17/9
produced [1] 3/7
produces [1] 9/9
producing [1] 4/23
production [2] 18/9
31/10
program [11] 5/22 7/3
8/9 9/9 18/4 18/10
23/22 24/12 24/18 25/1
25/8
program's [1] 15/4
programs [6] 2/14 11/4
18/24 21/16 22/15 28/6
prompted [1] 16/5
prospective [3] 11/9
20/23 21/11
protection [1] 16/25
provide [5] 6/3 17/17
23/13 32/16 36/13
provided [5] 8/18
10/23 10/23 27/18
28/16
providing [1] 23/12
provision [6] 10/1 10/2
10/17 10/21 11/22
15/24
provisions [2] 11/15
12/24
pull [4] 9/14 10/6 10/7
14/9
pulled [1] 14/10
purposes [1] 15/5
pursuant [2] 5/22 9/5

**Q**

question [7] 6/5 9/17
27/11 27/12 27/22
34/12 35/2
questions [1] 4/18
Quinn [2] 1/17 4/8
quote [1] 14/6

**R**

Raimer [2] 2/18 4/10
raise [2] 24/4 33/20
raised [1] 25/25
raises [1] 8/6
ran [1] 12/3
re [1] 7/19
re-processing [1] 7/19
reach [2] 35/17 36/16
reaction [1] 14/17
reality [1] 25/23
really [5] 6/24 7/6
16/11 17/6 22/11
realm [1] 11/14
Realtime [1] 3/3
reason [2] 21/14 31/10
reasonable [2] 30/2
31/16
reasonably [2] 8/21
14/13
recall [1] 29/25
receives [1] 17/1
recently [1] 13/11
record [1] 38/3
recorded [1] 3/7
records [15] 4/23 5/7
5/14 5/25 6/4 8/4 9/2
9/2 14/9 15/21 16/10
16/15 19/13 33/21
35/19
refer [1] 10/12
referred [1] 24/18
refine [1] 33/17
reflect [2] 19/13 26/8
refugee [2] 23/20
23/22
refusal [1] 27/20
refused [1] 21/6
refuses [1] 20/22
refusing [1] 24/1
Registered [1] 3/2
reiterating [1] 11/6
rejected [1] 7/21
relate [5] 7/2 7/3 10/7
12/22 12/23
relates [3] 20/21 21/10
28/23
relating [1] 10/1
relation [1] 11/3
relevance [4] 14/20
14/24 15/5 17/5
relevant [26] 5/2 6/2
6/7 9/24 12/9 13/20
15/24 16/11 16/20 17/8
17/15 17/25 22/9 22/14
22/22 22/22 25/15
27/17 29/5 30/7 33/11
34/14 34/16 35/6 35/13

**R**

religion [1] 20/23
religious [53]
religious-accommodat
ion [1] 36/1
religious-beliefs [15]
9/25 10/2 10/17 10/21
11/22 12/23 15/11
15/14 15/24 17/3 17/11
30/8 30/17 34/13 35/4
relying [2] 32/25 33/15
remain [1] 36/15
remotely [1] 38/7
repeat [1] 27/12
replacement [1] 10/10
Reporter [4] 3/2 3/2
3/3 3/3
reporting [1] 38/7
representation [6]
20/20 20/21 25/10
28/23 29/21 33/16
representations [3]
26/10 26/17 33/11
represented [3] 15/18
29/19 35/6
representing [1] 20/6
represents [1] 7/7
reproductive [1] 36/5
request [2] 6/11 16/16
require [1] 33/16
Resettlement [1] 23/21
resolve [4] 4/16 5/6
15/21
respect [5] 5/8 18/24
23/2 31/22 34/3
respond [1] 8/14
response [2] 8/25 9/2
responses [2] 5/2 5/10
responsive [2] 6/4
8/22
result [1] 4/22
reveal [1] 7/3
revealed [1] 24/16
reveals [1] 24/7
review [2] 8/18 14/12
reviewing [1] 9/2
revisit [1] 4/15
right [19] 7/23 8/15
12/17 13/22 18/5 19/19
20/17 22/16 23/5 23/18
25/9 31/17 32/24 33/15
36/8 36/12 36/24 37/3
37/16
RMR [2] 38/2 38/11
Room [2] 2/15 3/5
rule [1] 32/4
ruling [2] 4/20 34/22
Russell [4] 1/12 4/7
6/18 17/19
russell.welch [1] 1/15

**S**

said [11] 23/9 25/16
26/12 27/10 28/15
28/18 29/24 32/10
32/19 32/25 35/6
same [23] 7/20 10/13
12/3 14/1 18/7 18/9

religion [1] 20/23
24/17 24/25 25/7
25/19 27/4 27/17 28/13
28/23 34/7 34/9 34/15
35/5
same-sex [20] 7/20
10/13 18/7 18/9 18/17
19/4 19/10 19/14 20/3
24/17 24/25 25/7 25/19
27/4 27/17 28/13 28/23
34/7 34/9 35/5
same-sex-marriage [1]
34/15
satisfy [1] 24/2
say [25] 6/10 8/5 10/16
10/19 11/21 11/25
12/11 12/20 13/12
16/12 16/23 17/2 18/11
18/13 22/23 24/24 23/2
24/10 25/6 28/10 28/22
30/3 32/4 32/12 33/5
saying [5] 13/3 20/10
20/14 31/22 33/11
says [2] 7/7 29/12
scenario [1] 17/15
scenarios [1] 10/22
schedule [2] 36/22
37/14
scope [11] 5/3 5/25
12/8 12/14 16/6 16/16
17/24 22/12 25/2 32/19
33/6
search [41]
searched [1] 29/13
searches [1] 34/21
second [1] 15/21
secondly [1] 5/3
see [9] 15/5 17/4 20/25
25/14 25/21 26/14
26/18 32/17 33/20
seek [2] 9/21 21/19
seeking [8] 5/8 5/14
5/25 9/16 14/19 27/4
28/13 36/4
seem [7] 14/21 15/7
15/9 15/22 20/6 26/9
33/22
seemingly [1] 15/12
seems [5] 5/20 18/15
25/16 30/13 35/2
seen [1] 18/8
selected [3] 8/21 13/24
32/11
selection [1] 8/23
sense [2] 8/14 17/22
SEPARATION [2] 2/3
serves [1] 9/11
service [2] 21/7 21/10
services [2] 23/12
23/13
set [3] 12/11 20/5
30/14
sex [22] 7/20 10/13
18/7 18/9 18/17 19/4
19/10 19/14 20/3 24/17
24/25 25/7 25/19 27/4
27/17 28/13 28/16
28/23 34/7 34/9 34/15

sexual [1] 11/10
should [9] 21/13 23/2
26/16 28/10 28/22 31/5
32/5 32/9 34/25
shouldn't [1] 32/5
show [1] 29/4
similar [2] 12/25 23/15
Simply [1] 33/7
situation [8] 8/24 8/25
18/16 18/22 20/22 21/1
28/18 28/24
situations [1] 29/5
skeptical [1] 18/12
slowed [1] 37/9
so [65]
so I think [5] 9/13
16/13 26/23 30/19 35/8
so it's [1] 32/4
So this gets [1] 18/25
some [13] 10/23 10/23
10/23 13/21 14/23 15/5
18/19 29/20 30/6 31/2
31/11 32/6 34/24
something [10] 10/19
12/18 14/11 17/15
21/17 22/18 24/22
26/16 30/24 31/12
sorry [10] 4/15 6/13
6/16 13/6 13/9 15/3
27/9 27/13 27/19 31/19
sort [24] 5/1 5/3 6/24
7/6 9/2 9/3 9/7 11/3
11/14 13/20 14/7 15/10
15/25 16/15 18/12 20/4
20/5 20/7 20/25 24/23
27/14 35/12 35/25 36/2
speaking [2] 6/17
21/16
specific [8] 7/12 7/22
7/25 15/13 25/18 26/12
30/23 33/18
specifically [9] 7/18
8/22 10/7 12/24 19/4
20/2 20/24 21/10 23/22
specificity [1] 24/5
spoken [1] 29/24
stalled [1] 12/2
start [2] 4/24 16/10
state [3] 2/3 21/18
21/19
state-government [1]
21/18
statement [2] 7/9 21/8
STATES [2] 1/1 1/10
stenography [1] 3/7
still [3] 12/1 13/22 31/9
stipulate [2] 7/11 7/13
Street [5] 1/13 1/18 2/4
2/9 2/15
strike [3] 16/3 16/7
17/15
strikes [1] 30/20
subgrantee [2] 20/22
23/2
subgrantees [12] 21/6
21/20 21/23 21/25 22/5
22/11 22/21 23/9 23/12

## S

**subgrantees... [3]** 23/15 24/13 29/16
**subject [4]** 14/23 15/15 21/15 38/6
**submissions [2]** 4/18 4/19
**submitted [1]** 25/2
**subsumed [1]** 30/6
**such [16]** 7/22 11/13 11/24 15/6 16/9 19/12 24/7 25/24 27/20 27/25 29/2 29/7 33/14 33/17 33/21 35/7
**sufficient [1]** 17/17
**suggest [2]** 6/7 34/25
**suggested [2]** 13/12 27/15
**suggesting [1]** 30/5
**Suite [3]** 1/13 2/4 2/9
**Supreme [1]** 29/3
**Supreme Court [1]** 29/3
**sure [8]** 6/9 6/16 6/22 17/22 21/2 29/17 31/21 35/23
**surprise [1]** 37/10
**sweep [1]** 30/10

## T

**tailored [3]** 14/13 36/6 36/7
**tailoring [1]** 14/7
**take [8]** 6/2 7/8 7/12 19/21 25/10 25/13 32/10 37/16
**taken [1]** 7/3 24/20 29/10
**taking [2]** 4/15 34/8
**talk [6]** 12/6 18/15 18/21 23/23 30/25 31/12
**talked [1]** 35/17
**talking [11]** 13/10 17/25 20/4 20/24 22/11 23/6 23/25 24/21 26/16 35/25 37/1
**Taylor [2]** 2/7 4/8
**technological [1]** 38/7
**TELEPHONE [1]** 1/9
**telephonic [1]** 6/21
**tens [2]** 9/11 16/10
**tenured [1]** 13/25
**term [4]** 8/11 10/10 32/5 35/10
**terms [44]**
**terribly [1]** 17/9
**Texas [12]** 10/11 20/2 20/16 20/20 22/20 23/12 28/1 29/15 29/16 32/20 33/2 33/10
**text [1]** 16/24
**than [7]** 5/21 7/25 14/14 21/4 21/25 35/5 37/8
**Thank [5]** 32/17 36/10 36/17 37/15 37/16
**Thank you [3]** 32/17

**that [301]**
**that's [32]** 6/2 6/5 6/20 7/9 7/22 8/15 8/22 9/8 9/14 12/18 14/1 15/20 16/12 17/6 17/9 19/2 19/2 19/2 19/15 19/19 20/11 20/24 22/14 23/14 23/23 26/15 27/19 29/14 30/1 32/22 34/14 36/8
**their [7]** 4/13 8/7 15/4 16/16 19/16 33/9 36/6
**them [8]** 10/6 11/19 14/14 24/4 26/13 29/15 30/2 34/25
**themselves [3]** 6/11 6/23 7/5
**then [17]** 5/2 5/3 14/4 15/5 16/11 17/10 22/21 24/2 25/3 25/3 26/15 28/1 30/24 31/12 31/23 33/19 35/5
**theory [1]** 5/13
**there [52]**
**there's [16]** 5/3 5/15 8/5 8/6 16/13 19/12 22/13 22/17 26/10 33/7
**therefore [3]** 2/19 34/17 38/6
**these [10]** 5/22 8/24 11/4 11/8 12/10 12/22 18/24 21/16 30/21 31/2
**they [27]** 7/11 7/13 7/20 9/20 9/22 10/5 10/7 10/7 10/12 12/23 14/19 18/13 19/16 19/25 20/6 22/21 22/22 24/11 24/18 25/21 28/15 28/15 29/6 29/13 29/21 30/1 36/3
**they're [6]** 18/13 20/15 22/25 25/11 29/12 36/5
**they've [3]** 18/13 29/20 36/6
**thing [1]** 35/22
**things [4]** 14/5 25/14 31/9 36/1
**think [55]**
**thinking [2]** 5/6 17/18
**third [4]** 5/4 18/25 27/14 34/3
**this [54]**
**those [18]** 7/2 8/11 8/18 8/19 12/1 15/21 16/5 16/22 16/22 19/13 20/5 25/20 26/8 26/14 28/14 29/4 30/10 33/20
**though [1]** 14/1
**thought [2]** 4/14 27/10
**thousands [2]** 9/11 16/10
**three [4]** 16/6 32/13 32/14 35/10
**through [6]** 4/17 7/15 21/18 24/10 33/19
**thus [1]** 26/18
**time [17]** 5/1 5/2 5/8

5/23 9/13 12/14 16/16 16/17 18/17 18/23 19/11 31/23 32/1 37/11 37/12
**timing [2]** 16/14 17/18
**Timothy [1]** 2/18
**titled [1]** 38/4
**today [4]** 31/2 32/8 32/10 35/17
**told [1]** 33/14
**too [2]** 16/7 25/3
**took [2]** 7/12 37/7
**traffic [1]** 9/10
**transcript [1]** 1/9 3/7 38/3
**transcription [1]** 3/7
**tried [1]** 7/10
**true [1]** 27/5
**try [3]** 5/17 6/6 33/20
**trying [6]** 5/5 5/16 5/24 6/3 7/15 29/14
**turned [3]** 8/10 25/1 27/23
**turning [1]** 27/14
**two [3]** 4/25 15/12 22/5
**TX [1]** 1/14
**type [2]** 21/7 21/9
**types [4]** 6/6 8/11 10/10 30/11

## U

**U.S [3]** 2/13 3/4 29/3
**UAC [2]** 10/9 28/6
**ultimately [1]** 35/3
**unaccompanied [2]** 23/21 23/22
**under [7]** 7/3 21/16 28/6
**understand [8]** 4/25 17/23 21/3 22/3 27/3 27/3 29/17 31/21
**understanding [1]** 32/15
**understood [5]** 6/22 19/7 20/9 20/14 34/1
**undue [1]** 4/22
**UNITED [1]** 1/1 1/10 2/2
**Unlike [1]** 26/1
**unreasonable [1]** 16/4
**unsure [1]** 18/12
**up [12]** 6/5 8/11 9/21 10/6 13/3 19/25 22/13 23/3 24/10 34/11 36/23 37/5
**upon [8]** 4/19 6/3 16/8 21/7 26/9 26/17 33/1 33/13
**upton [3]** 2/2 2/6 4/7
**URM [2]** 10/11 28/6
**us [3]** 1/12 1/18 26/23
**USCCB [33]** 5/16 6/25 7/4 7/7 7/11 7/17 8/6 8/23 9/25 10/8 10/20 11/8 15/1 16/2 16/25 17/12 18/19 21/5 21/23 21/25 22/1 22/5 22/9 22/15 22/25 24/7 24/13

34/13 35/3
**USCCB's [3]** 7/21 24/19 36/4
**usdoj.gov [2]** 2/17 2/17
**use [1]** 18/3
**used [7]** 8/17 8/19 11/24 13/4 14/12 19/2 19/25
**useful [1]** 4/14
**using [1]** 9/6

## V

**vague [1]** 7/6
**various [2]** 11/16 11/17
**versus [2]** 4/5 29/3
**very [4]** 11/12 11/14 13/25 30/11
**view [4]** 9/22 11/18 11/23 19/16
**views [1]** 36/4
**violation [1]** 19/3
**volume [2]** 9/14 14/15
**vs [1]** 1/5

## W

**want [21]** 6/10 6/14 6/16 12/11 13/2 14/17 16/19 17/21 17/22 18/11 18/21 19/11 19/24 22/7 24/15 25/5 25/6 26/13 29/9 31/20 32/21
**wanted [5]** 24/17 35/24 36/21 36/25 37/5
**was [17]** 4/17 5/5 5/6 10/16 10/17 10/20 11/11 11/21 13/4 13/11 17/2 18/18 24/19 25/23 25/25 27/6 35/3
**Washington [6]** 1/5 1/19 2/5 2/16 2/20 3/5
**wasn't [1]** 5/6
**way [4]** 7/22 18/19 22/19 29/5
**we [49]**
**we'd [1]** 9/14
**we'll [1]** 36/13
**we're [29]** 6/10 7/1 7/15 9/13 12/15 12/24 13/2 17/25 18/1 18/11 18/16 19/2 19/3 20/4 20/24 22/11 23/6 23/20 23/23 23/25 24/21 28/3 28/5 28/19 29/7 29/14 30/3 32/1 36/8
**we've [12]** 7/10 8/19 12/25 13/24 14/10 14/12 22/9 29/18 31/1 32/7 32/22 35/17
**website [1]** 24/19
**Welch [10]** 1/12 4/7 6/15 6/18 11/8 17/19 24/2 27/7 27/9 31/18
**well [10]** 4/13 10/10 11/25 19/7 20/9 22/17 25/9 31/25 32/13 32/21

were [19] 5/11 5/11 5/21 9/20 10/19 11/24 13/16 14/13 14/25 15/6 15/19 16/23 17/3 17/13 19/5 23/9 24/18 25/1 33/6
**West [1]** 2/9
**what [49]**
**what's [4]** 7/25 25/15 25/15 31/16
**whatever [2]** 25/24 35/11
**when [9]** 6/2 7/6 13/12 17/24 18/13 18/15 18/21 23/23 29/12
**where [9]** 15/13 20/22 23/14 23/15 25/18 28/5 29/18 34/11 35/8
**whether [13]** 5/15 9/18 9/19 11/19 11/23 11/23 24/6 26/14 27/23 28/17 33/4 33/20 34/14
**which [14]** 6/23 10/8 10/20 21/5 24/12 24/22 26/3 28/14 29/3 29/21 30/7 30/7 36/3 36/21
**while [1]** 12/2
**who [4]** 13/24 13/24 28/16 29/24
**who's [1]** 6/16
**why [1]** 21/14
**will [7]** 7/8 12/20 26/6 34/21 35/15 35/17 36/12
**William [4]** 3/2 38/2 38/10 38/11
**willing [2]** 7/13 12/15 12/19
**wind [1]** 6/5
**wind-up [1]** 6/5
**Windsor [3]** 15/3 15/3 16/5
**wondering [1]** 9/18
**work [3]** 11/9 20/22 28/7
**working [1]** 21/10
**worth [6]** 11/5 22/6 22/21 23/9 23/11 29/16
**would [53]**
**wouldn't [1]** 24/24
**written [1]** 4/19
**wrong [1]** 19/18

## Y

**Yeah [5]** 20/13 23/5 27/8 31/25 34/1
**year [1]** 9/12
**years [3]** 14/22 16/6 35/10
**yes [7]** 6/18 10/5 20/19 22/7 32/1 34/5 36/19
**yet [1]** 37/4
**yield [1]** 9/7
**you [81]**
**you know [8]** 13/21 16/3 16/19 19/11 21/13 23/6 33/11 35/2
**you're [8]** 5/17 5/19

**Y**

**you're... [6]** 5/25 21/22
27/3 30/5 30/11 30/18
**you've [5]** 13/12 24/6
27/15 27/18 32/19
**your [28]** 4/4 6/8 6/9
9/22 10/5 13/8 13/19
17/19 19/22 20/19 21/9
22/7 24/15 25/13 27/6
27/12 28/3 28/22 28/24
29/9 31/18 31/20 32/17
34/1 35/21 36/2 36/18
37/15
**Your Honor [23]** 4/4
6/9 10/5 13/8 13/19
17/19 19/22 20/19 21/9
22/7 24/15 27/6 27/12
28/3 28/22 28/24 29/9
31/18 32/17 34/1 35/21
36/18 37/15

**Z**

**Zaremba [4]** 3/2 38/2
38/10 38/11