IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-378 (APM) |

**ORDER**

Upon consideration of the Parties' Consent Motion for Extension of Discovery Deadlines it is hereby ORDERED that the Motion is GRANTED. The deadlines in the case are as follows:

1. All written discovery related to documents that were produced after June 10, 2020, shall be served by **July 10, 2020**.

2. Proponent expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than **August 24, 2020**.

3. Production of documents must be substantially completed by **September 7, 2020**.

4. Rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), shall be made on or before **September 7, 2020**.

5. All expert discovery shall conclude on **October 4, 2020**.

6. The Parties shall submit a Joint Status Report regarding the status of expert discovery on or before **October 4, 2020**.

7. All discovery disputes must be raised with an opposing Party by **October 9, 2020**.

8. All depositions shall be conducted by **November 9, 2020**.  **The post-discovery conference set for September 9, 2020, is hereby vacated, and reset for November 11, 2020, at 9:00 a.m.**

9. Any dispositive motion shall be filed on or before **December 15, 2020**.

10. Responses to any dispositive motions are due within 30 days.

Dated: _____     _____

Amit P. Mehta
United States District Judge