# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FATMA MAROUF AND BRYN ESPLIN,
a married couple,

    *Plaintiffs*,

v.

ALEX AZAR, in his official capacity as
Secretary of the UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, *et al.*,

    *Defendants*.

Case No. 1:18-cv-378 (APM)

## ORDER

Upon consideration of the Parties' Consent Motion for Modification of Scheduling Order, it is hereby ORDERED that the Motion is GRANTED. The deadlines in the case are as follows:

1. All discovery disputes must be raised with an opposing Party by **October 9, 2020**, except that disputes arising after October 9, 2020 must be raised with an opposing Party by **November 9, 2020**. In agreeing to these deadlines, all Parties reserve their rights to argue that any dispute has not been timely raised because of an unreasonable delay in disputing the discovery response or objection in question.

2. All fact depositions shall be conducted by **December 9, 2020**.

3. All expert discovery shall conclude on **December 9, 2020**.

4. The Parties shall submit a Joint Status Report regarding the status of expert discovery on or before **December 9, 2020. The post-discovery conference set for November 13, 2020 is hereby vacated, and reset for December 15, 2020, at 10:00 am.**

5. Any dispositive motion shall be filed on or before **January 28, 2020**.

6. Responses to any dispositive motions are due within 30 days of filing of the motion to which they respond.

Dated: _____   _____
                                           Amit P. Mehta
                                           United States District Judge