AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FATMA MAROUF, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-00378 |
| ALEX AZAR, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant United States Conference of Catholic Bishops                                              .

Date:   12/1/2020

/s/ Joshua R. Sallmen
*Attorney's signature*

Joshua R. Sallmen (Pennsylvania Bar # 325948)
*Printed name and bar number*
500 Grant Street
Suite 4500
Pittsburgh, PA 15219

*Address*

jsallmen@jonesday.com
*E-mail address*

(412) 391-3939
*Telephone number*

(412) 394-7959
*FAX number*