**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FATMA MAROUF AND BRYN ESPLIN, <br> a married couple, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEX AZAR, in his official capacity as <br> Secretary of the UNITED STATES <br> DEPARTMENT OF HEALTH AND HUMAN <br> SERVICES, *et al.*, <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:18-cv-378 (APM) |

## JOINT STATUS REPORT ON STATUS OF EXPERT DISCOVERY

Counsel for Plaintiffs Fatma Marouf and Bryn Esplin ("**Plaintiffs**"); counsel for Defendants United States Department of Health and Human Services ("**HHS**"), Administration for Children and Families ("**ACF**"), Office of Refugee Resettlement ("**ORR**"), Alex Azar, in his official capacity as Secretary of HHS, Lynn Johnson, in her official capacity as Assistant Secretary for ACF, and Heidi Stirrup, in her official capacity as the acting Director of ORR (collectively, "**Federal Defendants**"); and counsel for United States Conference of Catholic Bishops ("**USCCB**") respectfully submit this Joint Status Report.

Since the initial scheduling conference on August 28, 2019, the parties have engaged in discovery focused on the December 9, 2020 deadline for completion. Plaintiffs disclosed Dr. David M. Brodzinsky, Ph.D., a licensed psychologist and Professor Emeritus of Developmental and Clinical Psychology at Rutgers University, as an expert witness on August 24, 2020. Plaintiffs served Dr. Brodzinsky's expert report that same day, and served a corrected expert report on November 19, 2020. USCCB and Federal Defendants deposed Dr. Brodzinsky on November 20,

2020, and will file any motions to exclude Dr. Brodzinsky's testimony with their dispositive or pretrial motions.

Neither Federal Defendants nor USCCB has disclosed any expert witnesses.

Dated: December 9, 2020

Respectfully submitted,

By: /s/ *Russell A. Welch*
Russell A. Welch (pro hac vice)
**HOGAN LOVELLS US LLP**
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1437
russell.welch@hoganlovells.com

Jessica L. Ellsworth (DC Bar No. 484170)
James A. Huang (pro hac vice)
Michael D. Gendall (DC Bar No. 1029790)
Brendan C. Quinn (DC Bar No. 1616841)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
jessica.ellsworth@hoganlovells.com
james.huang@hoganlovells.com
mike.gendall@hoganlovells.com
brendan.quinn@hoganlovells.com

Michael A. Burns (DC Bar No. 1026759)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2728
michael.burns@hoganlovells.com

Camilla B. Taylor (pro hac vice)
**LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.**
105 West Adams, 26th Floor
Chicago, IL 60603-6208
Telephone: (312) 663-4413
ctaylor@lambdalegal.org

Richard B. Katskee (DC Bar No. 474250)
Kenneth D. Upton, Jr. (DC Bar No. 1658621)
**AMERICANS UNITED FOR SEPARATION
OF CHURCH AND STATE**
1310 L Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 898-2133
katskee@au.org
upton@au.org

*Attorneys for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Direction

*/s/ Jason C. Lynch*
James R. Powers (TX Bar No. 24092989)
Jason C. Lynch (DC Bar No. 1016319)
**U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
BRANCH**
1100 L Street, NW, Room 11218
Washington, DC 20005
Telephone: (202) 353-0543
james.r.powers@usdoj.gov
jason.lynch@usdoj.gov

*Attorneys for Federal Defendants*

*/s/  David T. Raimer*
David T. Raimer (DC Bar No. 994558)
Anthony J. Dick (DC Bar No. 1015585)
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC, 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
dtraimer@jonesday.com
ajdick@jonesday.com

Leon F. DeJulius, Jr. (pro hac vice)
John D. Goetz (pro hac vice)

3

Joshua R. Sallmen (pro hac vice)
**JONES DAY**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
lfdejulius@jonesday.com
jdgoetz@jonesday.com
jsallmen@jonesday.com

Jason Emil Cellier (pro hac vice)
**JONES DAY**
325 JH McConnell Blvd, Suite 600
Columbus, OH 43215
Telephone: 614-281-3817
jcellier@jonesday.com

*Attorneys for Defendant United States*
*Conference of Catholic Bishops*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2020, a true and correct copy of the foregoing Consent

Motion was filed using the Court's CM/ECF system, which will serve all counsel of record.

By: /s/ *Russell A. Welch*
Russell A. Welch (pro hac vice)