IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATIMA MAROUF AND BRYN ESPLIN, a married couple,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-378 (APM) |

## ORDER

Upon consideration of the Parties' Joint Motion for Modification of Schedule, it is hereby ORDERED that the Motion is GRANTED. The March 31, 2021 deadline for the Parties to file dispositive motions and related deadlines are hereby VACATED and the proceedings in this case are STAYED. The Parties shall submit a Joint Status Report no later than **May 7, 2021**, either proposing a revised schedule or showing good cause for a continuing stay of proceedings in this case.

Dated: _____     _____
                                          Amit P. Mehta
                                          United States District Judge

4