IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple,<br><br>*Plaintiffs,*<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-378 (APM) |

**JOINT STATUS REPORT REQUESTING CONTINUED STAY**

Plaintiffs Fatma Marouf and Bryn Esplin, together with Defendants United States Department of Health and Human Services ("HHS"), Administration for Children and Families ("ACF"), Office of Refugee Resettlement ("ORR"), Xavier Becerra, in his official capacity as Secretary of HHS, JooYeun Chang, in her official capacity as Acting Assistant Secretary for ACF, and Cindy Huang, in her official capacity as the Director of ORR, and United States Conference of Catholic Bishops (together the "Parties"), file this joint status report requesting a continued stay in this litigation and state as follows:

1. On March 8, 2021, the Parties jointly moved to vacate the dispositive motions deadline in this litigation and for a stay of proceedings to "encourage settlement discussions by virtue of granting the new administration additional time to assess potential avenues for resolution." ECF No. 88. The Parties proposed filing a further Joint Status Report by May 7,

2021, in which they would either propose a revised briefing schedule or show good cause for a continuation of the stay.

2.    The Court subsequently granted the relief requested, staying this litigation and ordering the Parties to file the proposed joint status report by May 7, 2021.  ECF No. 89.

3.    The Parties have conferred and agree that a continued stay of this litigation is supported by good cause.  Federal Defendants continue to actively consider potential avenues for resolution of Plaintiffs' claims without further litigation.  A further stay to facilitate those efforts is therefore appropriate and consistent with judicial economy.

4.    Accordingly, the Parties respectfully request that the Court continue the stay of proceedings in this case, and instruct the Parties to submit a Joint Status Report no later than July 8, 2021, either proposing a revised briefing schedule for dispositive motions or showing good cause for a continuation of the stay.  A proposed order to that effect is attached to this Joint Status Report for the Court's consideration.

Dated:  May 7, 2021

Respectfully submitted,

| /s/ David T. Raimer | /s/ Michael A. Burns |
|---|---|
| David T. Raimer (DC Bar No. #994558) | Michael A. Burns (DC Bar No. 1026759) |
| Anthony J. Dick (DC Bar No. #1015585) | HOGAN LOVELLS US LLP |
| JONES DAY | 100 International Drive, Suite 2000 |
| 51 Louisiana Ave. NW | Baltimore, MD 21202 |
| Washington, DC, 20001-2113 | Telephone: (410) 659-2728 |
| Telephone: (202) 879-3939 | michael.burns@hoganlovells.com |
| dtraimer@jonesday.com | |
| ajdick@jonesday.com | Kenneth Y. Choe (pro hac vice) |
| | Jessica L. Ellsworth (DC Bar No. 484170) |
| Leon F. DeJulius, Jr. (pro hac vice) | James A. Huang (pro hac vice) |
| John D. Goetz (pro hac vice) | Michael D. Gendall (DC Bar No. 1029790) |
| JONES DAY | Brendan C. Quinn (DC Bar No. 1616841) |
| 500 Grant Street, Suite 4500 Pittsburgh, PA | HOGAN LOVELLS US LLP |
| 15219-2514 | 555 Thirteenth Street, N.W. |
| Telephone: (412) 391-3939 | Washington, D.C. 20004-1109 |
| lfdejulius@jonesday.com | Telephone: (202) 637-5600 |

| | |
|---|---|
| jdgoetz@jonesday.com | Facsimile: (202) 637-5910 |
| | ken.choe@hoganlovells.com |
| *Attorneys for Defendant United States Conference of Catholic Bishops* | jessica.ellsworth@hoganlovells.com |
| | james.huang@hoganlovells.com |
| | mike.gendall@hoganlovells.com |
| | brendan.quinn@hoganlovells.com |

| | |
|---|---|
| BRIAN M. BOYNTON | Russell A. Welch (pro hac vice) |
| Acting Assistant Attorney General | HOGAN LOVELLS US LLP |
| | 609 Main Street, Suite 4200 |
| MICHELLE BENNETT | Houston, TX 77002 |
| Assistant Branch Direction | Telephone: (713) 632-1437 |
| | russell.welch@hoganlovells.com |
| /s/ James R. Powers | |
| JAMES R. POWERS (TX Bar No. 24092989) | Camilla B. Taylor (pro hac vice) |
| JASON C. LYNCH (DC Bar No. 1016319) | LAMBDA LEGAL DEFENSE AND |
| U.S. DEPARTMENT OF JUSTICE, | EDUCATION FUND, INC. |
| CIVIL DIVISION, FEDERAL PROGRAMS BRANCH | 105 West Adams, 26th Floor |
| | Chicago, IL 60603-6208 |
| 1100 L Street, NW Washington, DC 20005 | Telephone: (312) 663-4413 |
| Telephone: (202) 353-0543 | ctaylor@lambdalegal.org |
| james.r.powers@usdoj.gov | |
| | Richard B. Katskee (DC Bar No. 474250) |
| *Attorneys for Federal Defendants* | Kenneth D. Upton, Jr. (DC Bar No. 1658621) |
| | AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE |
| | 1310 L Street, N.W., Suite 200 |
| | Washington, D.C. 20005 |
| | Telephone: (202) 898-2133 |
| | katskee@au.org |
| | upton@au.org |
| | |
| | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple, )<br>)<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, )<br>)<br>*Defendants.* )<br>) | Case No. 1:18-cv-378 (APM) |

## [PROPOSED] ORDER

Upon consideration of the Parties' May 7, 2021, Joint Status Report, and good cause having been shown, it is hereby ORDERED that the report is ADOPTED and proceedings in this case remain STAYED pending further order of the Court. The Parties shall submit a further Joint Status Report no later than July 8, 2021, either proposing a revised schedule or showing good cause for a continued stay of proceedings in this case.

Dated: _____                    _____
                                            Amit P. Mehta
                                            United States District Judge