**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

FATMA MAROUF AND BRYN ESPLIN,
a married couple,

     *Plaintiffs,*

     v.

XAVIER BECERRA, in his official capacity as
Secretary of the UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, *et al.*,

     *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:18-cv-378 (APM)

---

## JOINT STATUS REPORT REQUESTING CONTINUED STAY

  Plaintiffs Fatma Marouf and Bryn Esplin, together with Defendants United States Department of Health and Human Services ("HHS"), Administration for Children and Families ("ACF"), Office of Refugee Resettlement ("ORR"), Xavier Becerra, in his official capacity as Secretary of HHS, JooYeun Chang, in her official capacity as Acting Assistant Secretary for ACF, and Cindy Huang, in her official capacity as the Director of ORR, and United States Conference of Catholic Bishops (together the "Parties"), file this joint status report requesting a continued stay in this litigation and state as follows:

  1.  On March 8, 2021, the Parties jointly moved to vacate the dispositive motions deadline in this litigation and for a stay of proceedings to "encourage settlement discussions by virtue of granting the new administration additional time to assess potential avenues for resolution." ECF No. 88. The Parties proposed filing a further Joint Status Report by May 7,

2021, in which they would either propose a revised briefing schedule or show good cause for a continuation of the stay.

2.      The Court subsequently granted the relief requested, staying this litigation and ordering the Parties to file the proposed joint status report by May 7, 2021.  ECF No. 89.

3.      On May 7, 2021, the Parties filed the joint status report that sought a continued stay of this litigation to allow Federal Defendants to continue to actively consider potential avenues for resolution of Plaintiffs' claims without further litigation.  ECF No. 90.

4.      The Court subsequently granted relief requested, staying this litigation and ordering the Parties to file the proposed joint status report by July 8, 2021.  *See* Minute Order, May 9, 2021.

5.      The Parties have met and conferred and agree that a continued stay of this litigation is supported by good cause.  Federal Defendants continue to actively consider potential avenues for resolution of Plaintiffs' claims without further litigation.  A further stay to facilitate those efforts is therefore appropriate and consistent with judicial economy.

6.      Accordingly, the Parties respectfully request that the Court continue the stay of proceedings in this case, and instruct the Parties to submit a Joint Status Report no later than August 6, 2021, either proposing a revised briefing schedule for dispositive motions or showing good cause for a continuation of the stay.  A proposed order to that effect is attached to this Joint Status Report for the Court's consideration.

Dated:  July 8, 2021                          Respectfully submitted,

/s/ David T. Raimer                           /s/ Michael A. Burns
David T. Raimer (DC Bar No. #994558)          Michael A. Burns (DC Bar No. 1026759)
Anthony J. Dick (DC Bar No. #1015585)         HOGAN LOVELLS US LLP
JONES DAY                                     100 International Drive, Suite 2000
51 Louisiana Ave. NW                          Baltimore, MD 21202
Washington, DC, 20001-2113                    Telephone: (410) 659-2728
Telephone: (202) 879-3939                     michael.burns@hoganlovells.com

dtraimer@jonesday.com
ajdick@jonesday.com

Leon F. DeJulius, Jr. (pro hac vice)
John D. Goetz (pro hac vice)
JONES DAY
500 Grant Street, Suite 4500 Pittsburgh, PA
15219-2514
Telephone: (412) 391-3939
lfdejulius@jonesday.com
jdgoetz@jonesday.com

*Attorneys for Defendant United States
Conference of Catholic Bishops*


BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Direction

/s/ James R. Powers
JAMES R. POWERS (TX Bar No. 24092989)
JASON C. LYNCH (DC Bar No. 1016319)
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
BRANCH
1100 L Street, NW Washington, DC 20005
Telephone: (202) 353-0543
james.r.powers@usdoj.gov

*Attorneys for Federal Defendants*

Kenneth Y. Choe (pro hac vice)
Jessica L. Ellsworth (DC Bar No. 484170)
James A. Huang (pro hac vice)
Michael D. Gendall (DC Bar No. 1029790)
Brendan C. Quinn (DC Bar No. 1616841)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
ken.choe@hoganlovells.com
jessica.ellsworth@hoganlovells.com
james.huang@hoganlovells.com
mike.gendall@hoganlovells.com
brendan.quinn@hoganlovells.com

Russell A. Welch (pro hac vice)
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1437
russell.welch@hoganlovells.com

Camilla B. Taylor (pro hac vice)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
105 West Adams, 26th Floor
Chicago, IL 60603-6208
Telephone: (312) 663-4413
ctaylor@lambdalegal.org

Richard B. Katskee (DC Bar No. 474250)
Kenneth D. Upton, Jr. (DC Bar No. 1658621)
AMERICANS UNITED FOR SEPARATION
OF CHURCH AND STATE
1310 L Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 898-2133
katskee@au.org
upton@au.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF System, which will send notification of the filing to all counsel of record in this matter.

/s/ Michael A. Burns
Michael A. Burns (DC Bar No. 1026759)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2728
michael.burns@hoganlovells.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN,<br>a married couple,<br><br><br>      *Plaintiffs,*<br><br>      v.<br><br>XAVIER BECERRA, in his official capacity as<br>Secretary of the UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES, *et al.*,<br><br>      *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-378 (APM) |

## [PROPOSED] ORDER

Upon consideration of the Parties' July 8, 2021, Joint Status Report, and good cause having been shown, it is hereby ORDERED that the report is ADOPTED and proceedings in this case remain STAYED pending further order of the Court. The Parties shall submit a further Joint Status Report no later than August 6, 2021, either proposing a revised schedule or showing good cause for a continued stay of proceedings in this case.

Dated: _____

_____
Amit P. Mehta
United States District Judge