**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple,<br><br>*Plaintiffs,*<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-378 (APM) |

**JOINT STATUS REPORT**

Plaintiffs Fatma Marouf and Bryn Esplin, together with Defendants United States Department of Health and Human Services ("HHS"), Administration for Children and Families ("ACF"), Office of Refugee Resettlement ("ORR"), Xavier Becerra, in his official capacity as Secretary of HHS, JooYeun Chang, in her official capacity as Acting Assistant Secretary for ACF, and Cindy Huang, in her official capacity as the Director of ORR, and United States Conference of Catholic Bishops (together the "Parties"), file this joint status report. The Parties state as follows:

1. On March 8, 2021, the Parties jointly moved to vacate the dispositive motions deadline in this litigation and for a stay of proceedings to "encourage settlement discussions by virtue of granting the new administration additional time to assess potential avenues for resolution." ECF No. 88. The Court subsequently granted the relief requested, staying this

litigation. ECF No. 89. The stay has been twice extended for good cause. *See* Minute Order, July 9, 2021; Minute Order, May 9, 2021.

2. Although Federal Defendants and USCCB continue to consider potential avenues for resolution of Plaintiffs' claims without further litigation, the Parties no longer believe that further negotiations are likely to result in settlement of this litigation at this time.

3. Accordingly, the Parties respectfully request that the Court order the Parties to submit a proposal, or competing proposals if necessary, for further proceedings in this litigation by August 20, 2021. A proposed order to that effect is attached to this Joint Status Report for the Court's consideration.

Dated: August 6, 2021

/s/ David T. Raimer
David T. Raimer (DC Bar No. #994558)
Anthony J. Dick (DC Bar No. #1015585)
JONES DAY
51 Louisiana Ave. NW
Washington, DC, 20001-2113
Telephone: (202) 879-3939
dtraimer@jonesday.com
ajdick@jonesday.com

Leon F. DeJulius, Jr. (pro hac vice)
John D. Goetz (pro hac vice)
JONES DAY
500 Grant Street, Suite 4500 Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
lfdejulius@jonesday.com
jdgoetz@jonesday.com

*Attorneys for Defendant United States Conference of Catholic Bishops*

BRIAN M. BOYNTON

Respectfully submitted,

/s/ Michael A. Burns
Michael A. Burns (DC Bar No. 1026759)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2728
michael.burns@hoganlovells.com

Kenneth Y. Choe (pro hac vice)
Jessica L. Ellsworth (DC Bar No. 484170)
James A. Huang (pro hac vice)
Michael D. Gendall (DC Bar No. 1029790)
Brendan C. Quinn (DC Bar No. 1616841)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
ken.choe@hoganlovells.com
jessica.ellsworth@hoganlovells.com
james.huang@hoganlovells.com
mike.gendall@hoganlovells.com
brendan.quinn@hoganlovells.com

Russell A. Welch (pro hac vice)

Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Direction

/s/ James R. Powers
JAMES R. POWERS (TX Bar No. 24092989)
JASON C. LYNCH (DC Bar No. 1016319)
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L Street, NW Washington, DC 20005
Telephone: (202) 353-0543
james.r.powers@usdoj.gov

*Attorneys for Federal Defendants*

HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1437
russell.welch@hoganlovells.com

Camilla B. Taylor (pro hac vice)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
105 West Adams, 26th Floor
Chicago, IL 60603-6208
Telephone: (312) 663-4413
ctaylor@lambdalegal.org

Richard B. Katskee (DC Bar No. 474250)
Kenneth D. Upton, Jr. (DC Bar No. 1658621)
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1310 L Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 898-2133
katskee@au.org
upton@au.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2021, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF System, which will send notification of the filing to all counsel of record in this matter.

/s/ Michael A. Burns
Michael A. Burns (DC Bar No. 1026759)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2728
michael.burns@hoganlovells.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple,<br><br>*Plaintiffs,*<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-378 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' August 6, 2021, Joint Status Report, it is hereby ORDERED that the report is ADOPTED. The Parties shall submit a proposal, or competing proposals if necessary, for further proceedings in this litigation by August 20, 2021.

Dated: ________________

________________________
Amit P. Mehta
United States District Judge