AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FATMA MAROUF, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-00378 |
| XAVIER BECERRA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs                                                                              .

Date:   11/12/2021                              /s/Karen L. Loewy
                                                *Attorney's signature*

                                                Karen L. Loewy (D.C. Bar No. 1722185)
                                                *Printed name and bar number*

                                                Lambda Legal Defense and Education Fund, Inc.
                                                1776 K Street N.W., 8th fl.
                                                Washington, DC 20006-2304
                                                *Address*

                                                kloewy@lambdalegal.org
                                                *E-mail address*

                                                (202) 804-6245
                                                *Telephone number*

                                                (202) 478-0210
                                                *FAX number*