UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATMA MAROUF, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-00378 APM |

**NOTICE OF WITHDRAWAL OF JASON E. CELLIER**

Please take notice that pursuant to Local Rule 83.6(b), Jason E. Cellier hereby withdraws his appearance as counsel for Defendant United States Conference of Catholic Bishops ("USCCB") in the above-captioned case. As of April 1, 2022, Jason E. Cellier will no longer be with Jones Day. The Clerk is requested to remove counsel from the notification list for this matter.

Defendant USCCB has been notified of the withdrawal and submit their electronic signature pursuant to Local Rule 83.6(b).

By: */s/ Michael Moses*
USCCB
**DEFENDANT**

Defendant USCCB will continue to be represented by Leon DeJulius, John Goetz, David Raimer, and Anthony Dick of Jones Day.

Dated: March 29, 2022                               Respectfully submitted,

*/s/ Jason E. Cellier*
\*Jason E. Cellier (OH ID# 0092493)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
jcellier@jonesday.com
Telephone:  (614) 281-3817
Facsimile:  (614) 461-4198

*Attorney for Defendant United States Conference of Catholic Bishops*

*\*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022, a true and correct copy of the foregoing Notice of Withdrawal of Jason E. Cellier as Counsel was filed using the Court's CM/ECF which will serve all counsel of record.

*/s/ Jason E. Cellier*
*Jason E. Cellier (OH ID# 0092493)

*Admitted pro hac vice*