IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-378 (APM) |

**JOINT STATUS REPORT**

On January 18, 2022, the Court entered a minute order continuing the stay of proceedings; setting a schedule for limited discovery and summary-judgment briefing; and ordering the Parties to file by April 8, 2022, a joint status report advising "whether the updated consortium model is in effect and whether any adjustment to the schedule is warranted." The Parties have met, conferred, and state as follows:

1. Federal Defendants can confirm that the consortium model became operational on Monday, March 28, 2022.

2. On April 1, 2022, Federal Defendants served supplemental discovery. This included supplemental interrogatory responses and 27 additional documents.

3. On April 6, 2022, the Parties conferred telephonically on the limited discovery to be conducted from April 15 to May 15. The conversation was productive, and the Parties expect that they can conduct this limited discovery without intervention from the Court.

4. The Parties agree that no adjustment to the current schedule is warranted.

Dated: April 8, 2022

Respectfully submitted,

/s/ David T. Raimer
David T. Raimer (DC Bar No. #994558)
Anthony J. Dick (DC Bar No. #1015585)
JONES DAY
51 Louisiana Ave. NW
Washington, DC, 20001-2113
Telephone: (202) 879-3939
dtraimer@jonesday.com
ajdick@jonesday.com

Leon F. DeJulius, Jr. (pro hac vice)
John D. Goetz (pro hac vice)
JONES DAY
500 Grant Street, Suite 4500 Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
lfdejulius@jonesday.com
jdgoetz@jonesday.com

*Attorneys for Defendant United States Conference of Catholic Bishops*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Direction

/s/ Jason C. Lynch
JAMES R. POWERS (TX Bar No. 24092989)
JASON C. LYNCH (DC Bar No. 1016319)
United States Department of Justice
Civil Division, Federal Programs Branch

/s/ Kenneth Y. Choe
Kenneth Y. Choe (pro hac vice)
Jessica L. Ellsworth (DC Bar No. 484170)
James A. Huang (pro hac vice)
Michael D. Gendall (DC Bar No. 1029790)
Brendan C. Quinn (DC Bar No. 1616841)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
ken.choe@hoganlovells.com
jessica.ellsworth@hoganlovells.com
james.huang@hoganlovells.com
mike.gendall@hoganlovells.com
brendan.quinn@hoganlovells.com

Russell A. Welch (pro hac vice)
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1437
russell.welch@hoganlovells.com

Camilla B. Taylor (pro hac vice)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
105 West Adams, 26th Floor
Chicago, IL 60603-6208
Telephone: (312) 663-4413
ctaylor@lambdalegal.org

Karen L. Loewy (DC Bar No. 1722185)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

| | |
|---|---|
| 1100 L Street NW, Rm. 11214<br>Washington, DC 20005<br>Tel: (202) 514-1359<br>Email: Jason.Lynch@usdoj.gov<br><br>*Attorneys for Federal Defendants* | 1776 K Street, N.W. 8th Floor<br>Washington, DC 20006-2304<br>Telephone: (202) 804-6245<br>kloewy@lambdalegal.org<br><br>Richard B. Katskee (DC Bar No. 474250)<br>Kenneth D. Upton, Jr. (DC Bar No. 1658621)<br>AMERICANS UNITED FOR SEPARATION<br>OF CHURCH AND STATE<br>1310 L Street, N.W., Suite 200<br>Washington, D.C. 20005<br>Telephone: (202) 898-2133<br>katskee@au.org<br>upton@au.org<br><br>*Attorneys for Plaintiffs* |