IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATMA MAROUF AND BRYN ESPLIN, a married couple,<br><br>*Plaintiffs,*<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-378 (APM) |

## ORDER

This case is before the Court on the Parties' Joint Motion to Modify Scheduling Order, ECF No. ____. For the reasons stated in that joint motion, it is hereby

**ORDERED** that motions for summary judgment will be due **July 27, 2022**; that oppositions to motions for summary judgment will be due **September 14, 2022**; and that replies in support of motions for summary judgment will be due **October 12, 2022**.

It is so ordered.

Date: May ____, 2022

                                                                       _____
                                                                       AMIT P. MEHTA
                                                                       U.S. District Judge

1