# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
----------------------------------------X
FATMA MAROUF, et al.,

Case No.
Plaintiffs, 1:18-CV-378(APM)

- v. -

ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.
----------------------------------------X

DEPOSITION VIA ZOOM VIDEOCONFERENCING

OF

KRYSTIN PECK

Friday, October 2, 2020

Reported By:

LINDA J. GREENSTEIN

JOB NO. 319575

October 2, 2020

9:02 A.M. EST

Videotaped Deposition held via Zoom Videoconferencing of Krystin Peck, taken by Plaintiffs, pursuant to Subpoena, before Linda J. Greenstein, a Certified Shorthand Reporter and Notary Public of the State of New York.

Krystin Peck
10/02/2020


A P P E A R A N C E S:
(All parties appear via Zoom Videoconferencing)

ON BEHALF OF THE PLAINTIFFS:

HOGAN LOVELLS, LLP
555 Thirteenth Street, Northwest
Washington, D.C. 20004

BY: MIKE GENDALL, ESQ.
202.637.6458
mike.gendall@hoganlovells.com

- AND -

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
65 E. Wacker Place, Suite 2000
Chicago, IL 60601-7245

BY: CAMILLA TAYLOR, ESQ.
312.663.4413
ctaylor@lambdalegal.org

- AND -

AMERICANS UNITED FOR SEPARATION
OF CHURCH AND STATE
1310 L Street Northwest - Suite 200
Washington, D.C. 20005

BY: KENNETH DALE UPTON, JR., ESQ.
202.466.3234
upton@au.org

ON BEHALF OF THE FEDERAL DEFENDANTS:

U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION
1100 L Street Northwest
Washington, D.C. 20005

BY: JAMES R. POWERS, ESQ.
202.353.0543
james.r.powers@usdoj.gov

C O N T I N U E D
A P P E A R A N C E S:

ON BEHALF OF THE DEFENDANT
UNITED STATES CONFERENCE OF CATHOLIC BISHOPS:

JONES DAY, LLP
500 Grant Street - Suite 4500
Pittsburgh, Pennsylvania 15219-2514

BY: JOHN T. GOETZ, ESQ.
412.394.7911
jgoetz@jonesday.com

Also Present:

HOGAN LOVELLS, LLP
Ken Choe, Esq.
Katherine Culora, Esq.

U.S. DEPARTMENT OF JUSTICE
Jason Lynch, Esq.

JONES DAY, LLP
David T. Raimer, Esq.
Joshua R. Sallmen, Esq.

HHS
Kevin Lake
Llewellyn Woolford

Jose Rivera, Certified Legal Video Specialist
U.S. Legal Support

KRYSTIN PECK

placement of children referred by ORR.

Q. That's still -- I don't think that's responsive to the question I'm at least trying to ask.

USCCB subcontracted with CCFW to recruit foster parents; correct?

A. We -- that was part of their scope of work.

I would -- I would not -- I guess the difference I would make is that when you're talking about the contract and what the contract outlined, if you look at like a state contract, like for licensing, it would be much more comprehensive than what our authority was, I guess is the difference I'm making.

We relied on their -- their homes for placements, for sure. And by relying on their homes for placements, that certainly wouldn't -- would require them recruiting and licensing foster families, which they would have done under the state requirements.

Q. So if CCFW just didn't recruit and license foster families, USCCB would have had a problem with that; right?

KRYSTIN PECK

MR. GOETZ: Object to the form of the question.

A. USCCB would not have contracted with agencies that didn't have that existing relationship with their state child welfare entity, for sure. That would not have -- that was not the model.

The model was relying on the state's child welfare framework.

Q. So understanding that USCCB was relying on the state's child welfare framework, CCFW was recruiting and licensing foster families; right?

A. Correct.

Q. And that was part of what USCCB delegated to CCFW; correct?

A. I think you're on mute, John.

MR. GOETZ: Object to the form of the question.

A. USCCB contracted with Catholic Charities of Fort Worth for placement of URMs and UACs, and, you know, we expected them to have a certain capacity of homes available.

We would -- we would expect them to

KRYSTIN PECK

have a capacity -- a certain capacity which they would communicate with us of how many homes of the homes that they were recruiting, they would -- they would expect they'd have available for our referrals.

Q. You expected more than they would have a certain capacity, right, you actually expected that they would recruit foster families?

MR. GOETZ: Objection, asked and answered I think for the third time now, but go ahead, Ms. Peck.

A. So the reason I'm just drawing this line of distinction is because it would be an overstep for me to say that USCCB had a role in the particulars of licensing and recruiting foster homes.

That was something that we wouldn't have the authority to do because that's an authority that the states have, and so more our role was placement.

And so we certainly relied on the homes that Catholic Charities recruited and licensed in accordance with their child-placing license with the State of Texas.

KRYSTIN PECK

And we would not have contracted with any social service agency that didn't have a state child placement license because we didn't have that authority to grant that.

We wouldn't -- USCCB wouldn't have the authority to -- we wouldn't have had the authority to -- to grant licensing of foster parents, that authority to a local organization, as a national nonprofit. That's a -- that's something that is state relegated.

So I understand the line of questioning, it's sort of a tricky answer because -- and that's why I'm answering it the way I am. We certainly would have had no authority to dictate licensing roles and what that looks like and the requirements for recruitment and training. That's all very clearly laid out by each state. Each state has different rules.

We certainly would -- we certainly required any subcontractor of ours that ran this program to have that license with their respective state.

And then we would expect that through that state placing license and to be eligible as

KRYSTIN PECK

MR. GOETZ: You can answer that.

THE WITNESS: Okay.

A. Marriage -- USCCB believes marriage is between one man and one woman.

That particular bishop supported that placement and we -- you know, I'll speak for myself -- respected the guidance of the local bishop to make that decision for that program, for the program that he was involved in.

MR. GENDALL: Please refer to the document under Tab 10 and I just added this into the chat window in Zoom as well.

Can the court reporter please mark this as Exhibit 2.

(Exhibit 2 for identification, multi-page document, series of e-mails, production numbers HHS05025 through 050, shown to witness.)

THE WITNESS: Tab 10, sorry, okay.

MR. GENDALL: Tab 10, yes, document -- this document is Bates labeled HHS14638.

BY MR. GENDALL:

Q. Is that the document you're looking at, Ms. Peck?

KRYSTIN PECK

Q. At that time, did USCCB concur with CCFW's decision?

MR. GOETZ: Object to the form of that question.

A. USCCB would have supported that decision, given USCCB's beliefs on marriage being between one man and one woman.

Q. In the San Jose case, did USCCB support that decision as well?

MR. GOETZ: Object to the question.

Scope.

THE WITNESS: I still answer, just to confirm?

MR. GOETZ: You can answer that.

THE WITNESS: Okay.

A. So --

MR. GOETZ: If you know.

A. I don't know.

I know that that was -- that we trusted the local bishop, "we," meaning me. I don't know about all of USCCB.

Q. What is the Holy Family?

A. So the Catholic Church would believe that the Holy Family is Mary and Joseph and Baby

KRYSTIN PECK

C E R T I F I C A T E

I, Linda J. Greenstein, Professional Shorthand Reporter and Notary Public in and for the State of New York, do hereby certify that, KRYSTIN PECK, the witness whose deposition is hereinbefore set forth, was duly sworn and that such deposition is a true record of the testimony given by the witness to the best of my skill and ability.

I further certify that I am neither related to or employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 20th day of October 2020.

_________________________

Linda J. Greenstein

My commission expires: January 31, 2021

Krystin Peck
10/02/2020

DEPOSITION ERRATA SHEET

Our Assignment No.: 319575

Case Caption: Marouf, et al. v. Azar, et al.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Krystin Peck
KRYSTIN PECK

Subscribed and sworn to on the 11 day of Nov, 2020 before me.

Notary Public,
in and for the State of Michigan.

DANIEL KASTEN
NOTARY PUBLIC - MICHIGAN
KENT COUNTY
ACTING IN THE COUNTY OF Kent
MY COMMISSION EXPIRES SEPT. 21, 2024

Kent



U.S. LEGAL SUPPORT
(877) 479-2484

Krystin Peck
10/02/2020

DEPOSITION ERRATA SHEET

Page No. throughout Line No. throughout

Change to: "Kristyn" from "Krystin"

Reason for change:

Page No. 7 Line No. 14 Change to:

"K-r-i-s-t-y-n" from "K-r-i-s-t-i-n"

Reason for change:

Page No. 17 Line No. 23 Change to:

"e-mailed" from "e-mail"

Reason for change:

Page No. 17 Line No. 23 Change to:

"from" from "to"

Reason for change:

Page No. 25 Line No. 7 Change to:

add "the" between "of" and "Baltimore"

Reason for change:

Page No. 25 Line No. 13 Change to:

add "an" after "for"

Reason for change:

Page No. 28 Line No. 5 Change to:

"Anne" from "Ann"

Reason for change:

Page No. 28 Line No. 6 Change to:

"Tricia Swartz" from "Trisha Schwartz"

Reason for change:



U.S. LEGAL SUPPORT
(877) 479-2484

DEPOSITION ERRATA SHEET

Page No. 31 Line No. 13 Change to:
"and" from "in"
Reason for change:

Page No. 34 Line No. 9 Change to:
"agency's" from "agencies"
Reason for change:

Page No. 39 Line No. 16 Change to:
"Eritrean" from "Eritrea"
Reason for change:

Page No. 40 Line No. 20 Change to:
"experts" from "expertise"
Reason for change:

Page No. 41 Line No. 3 Change to:
add "agencies" between "placing" and "looked"
Reason for change:

Page No. 45 Line No. 11 Change to:
"regulated" from "relegated"
Reason for change:

Page No. 56 Line No. 13 Change to:
"USCCB's" from "USCCB"
Reason for change:

Page No. 59 Line No. 18 Change to:
"subrecipient" from "said recipients"
Reason for change:

DEPOSITION ERRATA SHEET

Page No. 59 Line No. 19 Change to:
"subrecipients'" from "said recipient's"

Reason for change:

Page No. 71 Line No. 22 Change to:
"That's what" from "That's what's"

Reason for change:

Page No. 72 Line No. 4 Change to:
"the" from "an"

Reason for change:

Page No. 89 Line No. 14 Change to:
"be that" from "be is that"

Reason for change:

Page No. 94 Line No. 15 Change to:
"for" from "to"

Reason for change:

Page No. 94 Line No. 15 Change to:
"as" from "of"

Reason for change:

Page No. 102 Line No. 21 Change to:
"contract and" from "contracted"

Reason for change:

Page No. 110 Line No. 16 Change to:
"know" from "no"

Reason for change:

DEPOSITION ERRATA SHEET

Page No. 116 Line No. 7 Change to:
"respond with what" from "respond what"

Reason for change:

Page No. 119 Line No. 9 Change to:
"the" from "a"

Reason for change:

Page No. 123 Line No. 14 Change to:
"There" from "It"

Reason for change:

Page No. 127 Line No. 22 Change to:
"with" from "of"

Reason for change:

Page No. 129 Line No. 7 Change to:
"with" from "to"

Reason for change:

Page No. 131 Line No. 15 Change to:
"helped" from "helps"

Reason for change:

Page No. 133 Line No. 13 Change to:
"improve" from "approve"

Reason for change:

Page No. 134 Line No. 13 Change to:
delete "contractors"

Reason for change:

Krystin Peck
10/02/2020

DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:_________________________

SIGNATURE:[signature]_______DATE: 11/11/2020

KRYSTIN PECK



U.S. LEGAL SUPPORT
(877) 479-2484