**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FATMA MAROUF and BRYN ESPLIN, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Case No. 1:18-cv-378 (APM) |
| ) | |
| XAVIER BECERRA, in his official capacity as ) | Hon. Amit P. Mehta |
| Secretary of the United States Department of ) | |
| Health and Human Services, *et al.,* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## <u>ORDER</u>

This case is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant USCCB's Motion to Exclude Report and Testimony of Dr. David M. Brodzinsky, Dkt. No. _____.  For the reasons stated in Plaintiffs' Unopposed Motion, it is hereby

**ORDERED** that Plaintiffs' response to Defendants' Motion to Exclude, Dkt. No. 117, will be due **Wednesday, October 19, 2022**.

It is so ordered.

Date: September ____, 2022

_____
AMIT P. MEHTA
U.S. District Judge