# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FATMA MAROUF**, *et al.*, | ) </br> ) </br> ) |
| Plaintiffs, | ) </br> ) |
| v. | )    Case No. 18-cv-00378 (APM) </br> ) |
| **ALEX M. AZAR, II**, *et al.*, | ) </br> ) |
| Defendants. | ) </br> ) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 132, Defendants' Motions for Summary Judgment, ECF Nos. 106, 109, and 110, are granted, and Plaintiffs' Motions for Summary Judgment, ECF Nos. 107 and 108, are denied. Further, USCCB's Motion to Exclude Expert Report and Testimony, ECF No. 117, is denied as moot.

This is a final, appealable order.

Dated: July 7, 2023

Amit P. Mehta
United States District Court Judge